**EXHIBIT B**

**UNITED STATES PATENT NO. 9,807,564**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged | To the extent the preamble is limiting, Don Herring ("Defendant") uses, sells, imports, and offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides BMW 5 Series 530i xDrive[1] ("mobile device"). BMW 5 Series 530i xDrive is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call. The BMW 5 Series 530i xDrive comprises sensors including but not limited to camera sensor, radar sensor, steering sensor, braking sensor, and inclination sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and inclination sensor are assigned to Group 1. The camera and radar are assigned to Group 2. BMW 5 Series 530i xDrive provides driver assistance system that comprises features including but not limited to blind spot detection, lane departure warning, rear collision warning, frontal collision warning, local traffic alerts, and active cruise control. The below information primarily refers to a BMW X5 and is applicable to the BMW5 Series 530i xDrive. |

---

[1] The BMW X5 has been used as an exemplary infringing product, cars including but not limited to BMW X1, BMW X2, BMW X3, BMW X4, BMW X5, BMW X6, BMW X7, M series, iX and i4 series, Z4 series, 3, 4, 5, 6 and/or 7 series as well as variants (be it form factor or different storage capacity) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other devices.

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| according to a hierarchy; | For example, BMW 5 Series 530i xDrive performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and inclination sensor are activated first to measure and control at least the moving vehicle's speed, breaking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding BMW 5 Series 530i xDrive.<br>3. If BMW 5 Series 530i xDrive detects, using the camera and radar, that there are objects/vehicles near the BMW 5 Series 530i xDrive, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and inclination sensor is activated first and Group 2 comprising the camera and radar is activated second.   Since Group 2 is activated after activation of Group 1, the sensors are arranged in a hierarchy. |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|

# Don Herring Mitsubishi

3520 S. Marvin D. Love Fwy
Dallas, TX 75224
https://www.donherringdallas.com

**Sales: 4695072505**
**Service: 4696567215**

## 2021 BMW 5 Series 530i xDrive



**Body Style:** 4dr Car
**Model Code:** 215B
**Engine:** Intercooled Turbo
Premium Unleaded I-4 2.0 L/122
**Transmission:** Automatic
**Drive Type:** AWD
**Ext. Color:** Jet Black
**Int. Color:** Black
**Mileage:** 60333
**VIN #:** WBA13BJ0XMCF95806
**Stock #:** 32224B

**Sale Price**          **$26,598**

*Please Note: We turn our inventory daily, please check with the dealer to confirm vehicle availability.

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|

**SAFETY**

- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Park Distance Control Front And Rear Parking Sensors
- Active Blind Spot Detection Blind Spot

- Frontal Collision Warning w/City Collision Mitigation
- Lane Departure Warning with steering correction Lane Keeping Assist
- Lane Departure Warning with steering correction Lane Departure Warning
- Collision Mitigation-Front
- Collision Mitigation-Rear

Source:     donherring.com/print-email-vehicledetailsvin.aspx?vin=WBA13BJ0XMCF95806&type=used&extColorCode=&childId= 16077

Driver Assist Systems

Offering a significantly expanded array of driver assistance systems compared with its immediate predecessor, the new BMW X5 clearly demonstrates its commitment to taking comfort and safety to new heights. By processing camera images and data acquired by radar sensors, the new systems enable even more comprehensive support for the driver in a variety of situations. As components of the BMW Personal CoPilot, they represent new milestones on the road to automated driving.

The standard Active Driving Assistant on the new BMW X5 includes Blind Spot Detection, Lane Departure Warning, Rear Collision Warning, Frontal Collision Warning and Pedestrian Warning with City Collision Mitigation (which now also alerts the driver if cyclists are detected) Cross Traffic Alert Rear, and Speed Limit Information.

Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021

4

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|

Comprehensive safety and comfort package: Active Driving Assistant Professional.

Available as an option, the Driving Assistant Professional package is comprised of the Traffic Jam Assist with extended hands-off time (expected to be available from 12/2018) as well as the Lane Keeping Assistant with active side collision protection. The Automatic Lane Change feature can be used on highways when the Lane Keeping Assistant is active. Holding the direction indicator in the required direction is all it takes to initiate a lane change. If the sensors detect that there is space in the adjacent lane and that no other vehicle is approaching at high speed, the driver benefits from helpful steering assistance during the lane change. Another component of the system is the evasion aid, which can help avoid collisions with vehicles or pedestrians suddenly appearing in the driver's path. As soon as an evasive maneuver corresponding to such a scenario is detected, the system assists the driver with steering inputs to direct the vehicle into a clear adjacent lane.

The array of assistance systems contained in this wide-ranging suite of safety and comfort features is composed of the Active Cruise Control (ACC) with Stop & Go and Cross Traffic Alert Front which reduces the risk of a collision when maneuvering forwards towards crossing traffic where visibility is restricted. Also, changing speed limits identified by the Speed Limit Info system can be used by the automatic cruise control system to match the vehicle's cruise control speed to the road's posted speed limit.

Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021

For comfortable maneuvering into parking spaces: Parking Assistant Plus.

The function of many other assistance systems that make life easier for the driver when maneuvering into parking spaces has been further enhanced. The new BMW X5 is equipped with standard Park Distance Control (PDC), which brings sensors at the front and rear of the vehicle.

The Parking Assistant Plus in the new BMW X5 enables automatic selection and use of parallel parking spaces. These parking spaces are detected by ultrasonic sensors as the vehicle passes them. The Parking Assistant function is activated at the touch of a button on the center console. The system then takes care of the acceleration, braking, steering and gear changes necessary to maneuver into the space.

Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | Source: https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:18), last accessed on December 01, 2021<br><br> |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | Source:   https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:24), last accessed on December 01, 2021  Source:   https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:26), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| |  |

1. Ultrasonic sensor / 2. Camera / 3. Radar

Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021

### Active Cruise Control

The BMW X5 with Active Cruise Control (ACC) maintains your pre-set speed on the open road, so you can sit back and relax.

When a vehicle enters your sensor field, ACC reduces your speed if necessary to maintain the distance that you have defined. When the lane is free again, ACC returns the vehicle to the desired speed. Touch on the brake or accelerator pedal and ACC deactivates immediately.

› Close

Source:  http://content.bmwusa.com/microsite/e70/com/en/newvehicles/x/x5/2010/showroom/safety/acc.html#more, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | In the assistance systems, sensor technology measures and evaluates what is happening in the immediate and extended surroundings of the car and detects any changes. Sensors are already employed in emergency braking assistants, night vision aids, traffic sign recognition, and of course in anti-lock braking systems (ABS) and dynamic stability control (DSC). In addition, certain BMW models have cruise control with braking, rear drive assist, an attention assistant, or a system that automatically detects necessary lane changes through active navigation. With the aid of BMW expert Felix Modes, we present in detail four types of automotive sensors and their functions: ultrasonic, cameras, automotive radar and lidar (also known as 3D laser scanners). Only when they are all working together do their strengths really come into their own. <br><br> Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | # ULTRASONIC: ROBUST AND PRECISE<br><br>Let's start with ultrasonic. This piece of engineering technology is primarily used for parking functions, specifically reversing assistants, parking distance control and automated parking functions. Modes explains that this technology enables "very precise distance measurement over a short range." Ultrasonic works by sending out pulses of sound and sensing how long these take to be reflected from an object. This robust sensor technology also has no problem operating in fog and darkness, although only at close range, i.e. up to around 30 feet (10 meters).<br><br>Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | <br>Source: https://www.youtube.com/watch?v=ecE6_A7uJZo (at 4:13), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
| --- | --- |
| | <br>Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 2:31), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|-------------------------------------------------------|
|           |  Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 3:21), last accessed on December 01, 2021 |

| US9807564 | **BMW 5 Series 530i xDrive (The accused instrumentality)** |
|-----------|-----------------------------------------------------------|
| | <br>Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 0:57), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=VjxhLU2OLDs (at 1:00), last accessed on December 01, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, BMW 5 Series 530i xDrive comprises software modules ("plurality of classifiers") as a part of the operating system executing in BMW 5 Series 530i xDrive that control the camera sensor, radar sensor, steering sensor, braking sensor, and inclination sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and inclination sensor and Group 2 is assigned module (say module 2) that controls the camera and radar. |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; and | Further, the software module for each group monitors the environment via sensors to capture and process data and controls the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and inclination sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, controlling the speed of the vehicle, and calculating inclination of the road's slope (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context").  The below information primarily refers to a BMW X5 and is applicable to the BMW5 Series 530i xDrive. |

**SAFETY**

- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Park Distance Control Front And Rear Parking Sensors
- Active Blind Spot Detection Blind Spot

- Frontal Collision Warning w/City Collision Mitigation
- Lane Departure Warning with steering correction Lane Keeping Assist
- Lane Departure Warning with steering correction Lane Departure Warning
- Collision Mitigation-Front
- Collision Mitigation-Rear

**Driver Assist Systems**

Offering a significantly expanded array of driver assistance systems compared with its immediate predecessor, the new BMW X5 clearly demonstrates its commitment to taking comfort and safety to new heights. By processing camera images and data acquired by radar sensors, the new systems enable even more comprehensive support for the driver in a variety of situations. As components of the BMW Personal CoPilot, they represent new milestones on the road to automated driving.

The standard Active Driving Assistant on the new BMW X5 includes Blind Spot Detection, Lane Departure Warning, Rear Collision Warning, Frontal Collision Warning and Pedestrian Warning with City Collision Mitigation (which now also alerts the driver if cyclists are detected) Cross Traffic Alert Rear, and Speed Limit Information.

Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | **Comprehensive safety and comfort package: Active Driving Assistant Professional.** |
| | Available as an option, the Driving Assistant Professional package is comprised of the Traffic Jam Assist with extended hands-off time (expected to be available from 12/2018) as well as the Lane Keeping Assistant with active side collision protection. The Automatic Lane Change feature can be used on highways when the Lane Keeping Assistant is active. Holding the direction indicator in the required direction is all it takes to initiate a lane change. If the sensors detect that there is space in the adjacent lane and that no other vehicle is approaching at high speed, the driver benefits from helpful steering assistance during the lane change. Another component of the system is the evasion aid, which can help avoid collisions with vehicles or pedestrians suddenly appearing in the driver's path. As soon as an evasive maneuver corresponding to such a scenario is detected, the system assists the driver with steering inputs to direct the vehicle into a clear adjacent lane. |
| | The array of assistance systems contained in this wide-ranging suite of safety and comfort features is composed of the Active Cruise Control (ACC) with Stop & Go and Cross Traffic Alert Front which reduces the risk of a collision when maneuvering forwards towards crossing traffic where visibility is restricted. Also, changing speed limits identified by the Speed Limit Info system can be used by the automatic cruise control system to match the vehicle's cruise control speed to the road's posted speed limit. |
| | Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021 |
| | **For comfortable maneuvering into parking spaces: Parking Assistant Plus.** |
| | The function of many other assistance systems that make life easier for the driver when maneuvering into parking spaces has been further enhanced. The new BMW X5 is equipped with standard Park Distance Control (PDC), which brings sensors at the front and rear of the vehicle. |
| | The Parking Assistant Plus in the new BMW X5 enables automatic selection and use of parallel parking spaces. These parking spaces are detected by ultrasonic sensors as the vehicle passes them. The Parking Assistant function is activated at the touch of a button on the center console. The system then takes care of the acceleration, braking, steering and gear changes necessary to maneuver into the space. |
| | Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  Source: https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:18), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|---------------------------------------------------------|



Source: https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:24), last accessed on December 01, 2021

Source: https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:26), last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | <br>1. Ultrasonic sensor / 2. Camera / 3. Radar<br>Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | In the assistance systems, sensor technology measures and evaluates what is happening in the immediate and extended surroundings of the car and detects any changes. Sensors are already employed in emergency braking assistants, night vision aids, traffic sign recognition, and of course in anti-lock braking systems (ABS) and dynamic stability control (DSC). In addition, certain BMW models have cruise control with braking, rear drive assist, an attention assistant, or a system that automatically detects necessary lane changes through active navigation. With the aid of BMW expert Felix Modes, we present in detail four types of automotive sensors and their functions: ultrasonic, cameras, automotive radar and lidar (also known as 3D laser scanners). Only when they are all working together do their strengths really come into their own. <br><br> Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | # ULTRASONIC: ROBUST AND PRECISE |
| | Let's start with ultrasonic. This piece of engineering technology is primarily used for parking functions, specifically reversing assistants, parking distance control and automated parking functions. Modes explains that this technology enables "very precise distance measurement over a short range." Ultrasonic works by sending out pulses of sound and sensing how long these take to be reflected from an object. This robust sensor technology also has no problem operating in fog and darkness, although only at close range, i.e. up to around 30 feet (10 meters). |
| | Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  Source:  https://www.youtube.com/watch?v=ecE6_A7uJZo (at 4:13), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
|  | <br>Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 2:31), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 3:21), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
| --- | --- |
| | <br>Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 0:57), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.youtube.com/watch?v=VjxhLU2OLDs (at 1:00), last accessed on December 01, 2021

## Active Cruise Control

The BMW X5 with Active Cruise Control (ACC) maintains your pre-set speed on the open road, so you can sit back and relax.

When a vehicle enters your sensor field, ACC reduces your speed if necessary to maintain the distance that you have defined. When the lane is free again, ACC returns the vehicle to the desired speed. Touch on the brake or accelerator pedal and ACC deactivates immediately.

Source: http://content.bmwusa.com/microsite/e70/com/en/newvehicles/x/x5/2010/showroom/safety/acc.html#more, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] a context detection module configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, BMW 5 Series 530i xDrive comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and inclination sensors) to enable steering, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and inclination sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a BMW X5 and is applicable to the BMW5 Series 530i xDrive. |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|---------------------------------------------------------|

**SAFETY**

- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Park Distance Control Front And Rear Parking Sensors
- Active Blind Spot Detection Blind Spot

- Frontal Collision Warning w/City Collision Mitigation
- Lane Departure Warning with steering correction Lane Keeping Assist
- Lane Departure Warning with steering correction Lane Departure Warning
- Collision Mitigation-Front
- Collision Mitigation-Rear

Driver Assist Systems

Offering a significantly expanded array of driver assistance systems compared with its immediate predecessor, the new BMW X5 clearly demonstrates its commitment to taking comfort and safety to new heights. By processing camera images and data acquired by radar sensors, the new systems enable even more comprehensive support for the driver in a variety of situations. As components of the BMW Personal CoPilot, they represent new milestones on the road to automated driving.

The standard Active Driving Assistant on the new BMW X5 includes Blind Spot Detection, Lane Departure Warning, Rear Collision Warning, Frontal Collision Warning and Pedestrian Warning with City Collision Mitigation (which now also alerts the driver if cyclists are detected) Cross Traffic Alert Rear, and Speed Limit Information.

Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | **Comprehensive safety and comfort package: Active Driving Assistant Professional.** |
| | Available as an option, the Driving Assistant Professional package is comprised of the Traffic Jam Assist with extended hands-off time (expected to be available from 12/2018) as well as the Lane Keeping Assistant with active side collision protection. The Automatic Lane Change feature can be used on highways when the Lane Keeping Assistant is active. Holding the direction indicator in the required direction is all it takes to initiate a lane change. If the sensors detect that there is space in the adjacent lane and that no other vehicle is approaching at high speed, the driver benefits from helpful steering assistance during the lane change. Another component of the system is the evasion aid, which can help avoid collisions with vehicles or pedestrians suddenly appearing in the driver's path. As soon as an evasive maneuver corresponding to such a scenario is detected, the system assists the driver with steering inputs to direct the vehicle into a clear adjacent lane. |
| | The array of assistance systems contained in this wide-ranging suite of safety and comfort features is composed of the Active Cruise Control (ACC) with Stop & Go and Cross Traffic Alert Front which reduces the risk of a collision when maneuvering forwards towards crossing traffic where visibility is restricted. Also, changing speed limits identified by the Speed Limit Info system can be used by the automatic cruise control system to match the vehicle's cruise control speed to the road's posted speed limit. |
| | Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021 |
| | **For comfortable maneuvering into parking spaces: Parking Assistant Plus.** |
| | The function of many other assistance systems that make life easier for the driver when maneuvering into parking spaces has been further enhanced. The new BMW X5 is equipped with standard Park Distance Control (PDC), which brings sensors at the front and rear of the vehicle. |
| | The Parking Assistant Plus in the new BMW X5 enables automatic selection and use of parallel parking spaces. These parking spaces are detected by ultrasonic sensors as the vehicle passes them. The Parking Assistant function is activated at the touch of a button on the center console. The system then takes care of the acceleration, braking, steering and gear changes necessary to maneuver into the space. |
| | Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| |  |
| | Source: https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:18), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
|  |  1. Ultrasonic sensor / 2. Camera / 3. Radar<br>Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | In the assistance systems, sensor technology measures and evaluates what is happening in the immediate and extended surroundings of the car and detects any changes. Sensors are already employed in emergency braking assistants, night vision aids, traffic sign recognition, and of course in anti-lock braking systems (ABS) and dynamic stability control (DSC). In addition, certain BMW models have cruise control with braking, rear drive assist, an attention assistant, or a system that automatically detects necessary lane changes through active navigation. With the aid of BMW expert Felix Modes, we present in detail four types of automotive sensors and their functions: ultrasonic, cameras, automotive radar and lidar (also known as 3D laser scanners). Only when they are all working together do their strengths really come into their own. <br><br>Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | # ULTRASONIC: ROBUST AND PRECISE<br><br>Let's start with ultrasonic. This piece of engineering technology is primarily used for parking functions, specifically reversing assistants, parking distance control and automated parking functions. Modes explains that this technology enables "very precise distance measurement over a short range." Ultrasonic works by sending out pulses of sound and sensing how long these take to be reflected from an object. This robust sensor technology also has no problem operating in fog and darkness, although only at close range, i.e. up to around 30 feet (10 meters).<br><br>Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | <br>Source: https://www.youtube.com/watch?v=ecE6_A7uJZo (at 4:13), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 2:31), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
|           | <br>Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 3:21), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|-------------------------------------------------------|
| |  Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 0:57), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  |

Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 1:00), last accessed on December 01, 2021

## Active Cruise Control

The BMW X5 with Active Cruise Control (ACC) maintains your pre-set speed on the open road, so you can sit back and relax.

When a vehicle enters your sensor field, ACC reduces your speed if necessary to maintain the distance that you have defined. When the lane is free again, ACC returns the vehicle to the desired speed. Touch on the brake or accelerator pedal and ACC deactivates immediately.

Source:  http://content.bmwusa.com/microsite/e70/com/en/newvehicles/x/x5/2010/showroom/safety/acc.html#more, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and inclination sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and inclination sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a BMW X5 and is applicable to the BMW5 Series 530i xDrive.

**SAFETY**

- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Park Distance Control Front And Rear Parking Sensors
- Active Blind Spot Detection Blind Spot

- Frontal Collision Warning w/City Collision Mitigation
- Lane Departure Warning with steering correction Lane Keeping Assist
- Lane Departure Warning with steering correction Lane Departure Warning
- Collision Mitigation-Front
- Collision Mitigation-Rear |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | **Driver Assist Systems**<br><br>Offering a significantly expanded array of driver assistance systems compared with its immediate predecessor, the new BMW X5 clearly demonstrates its commitment to taking comfort and safety to new heights. By processing camera images and data acquired by radar sensors, the new systems enable even more comprehensive support for the driver in a variety of situations. As components of the BMW Personal CoPilot, they represent new milestones on the road to automated driving.<br><br>The standard Active Driving Assistant on the new BMW X5 includes Blind Spot Detection, Lane Departure Warning, Rear Collision Warning, Frontal Collision Warning and Pedestrian Warning with City Collision Mitigation (which now also alerts the driver if cyclists are detected) Cross Traffic Alert Rear, and Speed Limit Information.<br><br>Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021<br><br>Comprehensive safety and comfort package: Active Driving Assistant Professional.<br>Available as an option, the Driving Assistant Professional package is comprised of the Traffic Jam Assist with extended hands-off time (expected to be available from 12/2018) as well as the Lane Keeping Assistant with active side collision protection. The Automatic Lane Change feature can be used on highways when the Lane Keeping Assistant is active. Holding the direction indicator in the required direction is all it takes to initiate a lane change. If the sensors detect that there is space in the adjacent lane and that no other vehicle is approaching at high speed, the driver benefits from helpful steering assistance during the lane change. Another component of the system is the evasion aid, which can help avoid collisions with vehicles or pedestrians suddenly appearing in the driver's path. As soon as an evasive maneuver corresponding to such a scenario is detected, the system assists the driver with steering inputs to direct the vehicle into a clear adjacent lane.<br><br>The array of assistance systems contained in this wide-ranging suite of safety and comfort features is composed of the Active Cruise Control (ACC) with Stop & Go and Cross Traffic Alert Front which reduces the risk of a collision when maneuvering forwards towards crossing traffic where visibility is restricted. Also, changing speed limits identified by the Speed Limit Info system can be used by the automatic cruise control system to match the vehicle's cruise control speed to the road's posted speed limit.<br><br>Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021<br><br>For comfortable maneuvering into parking spaces: Parking Assistant Plus.<br>The function of many other assistance systems that make life easier for the driver when maneuvering into parking spaces has been further enhanced. The new BMW X5 is equipped with standard Park Distance Control (PDC), which brings sensors at the front and rear of the vehicle.<br><br>The Parking Assistant Plus in the new BMW X5 enables automatic selection and use of parallel parking spaces. These parking spaces are detected by ultrasonic sensors as the vehicle passes them. The Parking Assistant function is activated at the touch of a button on the center console. The system then takes care of the acceleration, braking, steering and gear changes necessary to maneuver into the space.<br><br>Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  Source:   https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:18), last accessed on December 01, 2021<br><br>Source:   https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:22), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| |  |

Source:      https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:24), last accessed on December 01, 2021

Source:      https://www.passportbmw.com/blogs/846/marlow-heights-bmw-dealer/how-to-change-lanes-automatically-with-the-bmw-lane-change-assistant/ (at 0:26), last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|-------------------------------------------------------|
|           | <br>1. Ultrasonic sensor / 2. Camera / 3. Radar<br>Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | In the assistance systems, sensor technology measures and evaluates what is happening in the immediate and extended surroundings of the car and detects any changes. Sensors are already employed in emergency braking assistants, night vision aids, traffic sign recognition, and of course in anti-lock braking systems (ABS) and dynamic stability control (DSC). In addition, certain BMW models have cruise control with braking, rear drive assist, an attention assistant, or a system that automatically detects necessary lane changes through active navigation. With the aid of BMW expert Felix Modes, we present in detail four types of automotive sensors and their functions: ultrasonic, cameras, automotive radar and lidar (also known as 3D laser scanners). Only when they are all working together do their strengths really come into their own. <br><br> Source: https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|-------------------------------------------------------|
| | # ULTRASONIC: ROBUST AND PRECISE |

Let's start with ultrasonic. This piece of engineering technology is primarily used for parking functions, specifically reversing assistants, parking distance control and automated parking functions. Modes explains that this technology enables "very precise distance measurement over a short range." Ultrasonic works by sending out pulses of sound and sensing how long these take to be reflected from an object. This robust sensor technology also has no problem operating in fog and darkness, although only at close range, i.e. up to around 30 feet (10 meters).

Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | Source: https://www.youtube.com/watch?v=ecE6_A7uJZo (at 2:38), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
|           | <br>Source: https://www.youtube.com/watch?v=ecE6_A7uJZo (at 4:13), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 2:31), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|----------------------------------------------------------|
| | <br>Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 3:21), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | <br>Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 0:57), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|---------------------------------------------------------|
| | 

Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 1:00), last accessed on December 01, 2021

**Active Cruise Control**

The BMW X5 with Active Cruise Control (ACC) maintains your pre-set speed on the open road, so you can sit back and relax.

When a vehicle enters your sensor field, ACC reduces your speed if necessary to maintain the distance that you have defined. When the lane is free again, ACC returns the vehicle to the desired speed. Touch on the brake or accelerator pedal and ACC deactivates immediately.

Source:  http://content.bmwusa.com/microsite/e70/com/en/newvehicles/x/x5/2010/showroom/safety/acc.html#more, last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and inclination sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, inclination sensor and the classifier assigned to first sensor group to control the motion of the moving car. |
| | For example, as a part of the driver assistance feature, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane. The camera and radar, as a part of active cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of BMW5 Series 530i xDrive . The below information primarily refers to a BMW X5 and is applicable to the BMW5 Series 530i xDrive. |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| | **SAFETY**<br><br>• Electronic Stability Control (ESC)<br>• ABS And Driveline Traction Control<br>• Side Impact Beams<br>• Dual Stage Driver And Passenger Seat-Mounted Side Airbags<br>• Park Distance Control Front And Rear Parking Sensors<br>• Active Blind Spot Detection Blind Spot<br><br>• Frontal Collision Warning w/City Collision Mitigation<br>• Lane Departure Warning with steering correction Lane Keeping Assist<br>• Lane Departure Warning with steering correction Lane Departure Warning<br>• Collision Mitigation-Front<br>• Collision Mitigation-Rear<br><br><br><br>Source:  https://www.youtube.com/watch?v=ecE6_A7uJZo (at 2:38), last accessed on December 01, 2021 |

| US9807564 | **BMW 5 Series 530i xDrive (The accused instrumentality)** |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 2:31), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|-------------------------------------------------------|
| |  Source: https://www.youtube.com/watch?v=_0FwbRf2k3E (at 3:21), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|-----------|--------------------------------------------------------|
| |  Source:  https://www.youtube.com/watch?v=VjxhLU2OLDs (at 0:57), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=VjxhLU2OLDs (at 1:00), last accessed on December 01, 2021 |

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
|  |  |

1. Ultrasonic sensor / 2. Camera / 3. Radar

Source:  https://www.bmw.com/en/innovation/automotive-sensors.html, last accessed on December 01, 2021

Driver Assist Systems

Offering a significantly expanded array of driver assistance systems compared with its immediate predecessor, the new BMW X5 clearly demonstrates its commitment to taking comfort and safety to new heights. By processing camera images and data acquired by radar sensors, the new systems enable even more comprehensive support for the driver in a variety of situations. As components of the BMW Personal CoPilot, they represent new milestones on the road to automated driving.

The standard Active Driving Assistant on the new BMW X5 includes Blind Spot Detection, Lane Departure Warning, Rear Collision Warning, Frontal Collision Warning and Pedestrian Warning with City Collision Mitigation (which now also alerts the driver if cyclists are detected) Cross Traffic Alert Rear, and Speed Limit Information.

Source:  https://www.bmwusanews.com/newsrelease.do?id=3241&mid, last accessed on December 01, 2021

| US9807564 | BMW 5 Series 530i xDrive (The accused instrumentality) |
|---|---|
| | ## Active Cruise Control<br><br>The BMW X5 with Active Cruise Control (ACC) maintains your pre-set speed on the open road, so you can sit back and relax.<br><br>When a vehicle enters your sensor field, ACC reduces your speed if necessary to maintain the distance that you have defined. When the lane is free again, ACC returns the vehicle to the desired speed. Touch on the brake or accelerator pedal and ACC deactivates immediately.<br><br>Source:  http://content.bmwusa.com/microsite/e70/com/en/newvehicles/x/x5/2010/showroom/safety/acc.html#more, last accessed on December 01, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |