<u>EXHIBIT C</u>

**UNITED STATES PATENT NO. 9,807,564**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| [1.1]   A   mobile device, comprising:<br><br>a   plurality   of sensors   and   a plurality of sensor groups,   wherein each of the sensor groups is assigned at least one of the sensors,   and wherein the sensor groups are arranged according   to   a hierarchy; | To the extent the preamble is limiting, Don Herring ("Defendant") makes, uses, sells,  imports, and offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Cadillac XT5 FWD Premium Luxury[1] ("mobile device").  Cadillac XT5 FWD Premium Luxury is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call.<br><br>Cadillac XT5 FWD Premium Luxury comprises sensors including but not limited to camera, radar sensor, steering sensor, and braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. Cadillac XT5 FWD Premium Luxury provides Super Cruise driver assistance technology that comprise features including but not limited to automatic lane change, front pedestrian braking, lane keep assist, parking assistance, |

---

[1] While Cadillac XT5 FWD Premium Luxury has been used as an exemplary infringing product, cars including but not limited to CT 6, CT 4, and/or CT 5 as well as variants (be it form factor or engine options) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
|  | forward collision system, and adaptive cruise control. The below information primarily refers to a Cadillac Escalade and is applicable to the Cadillac XT5 FWD Premium Luxury.<br><br>For example, Cadillac XT5 FWD Premium Luxury performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding Cadillac XT5 FWD Premium Luxury.<br>3. If Cadillac XT5 FWD Premium Luxury detects, using the camera and radar, that there are objects/vehicles near the Cadillac XT5 FWD Premium Luxury, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.   Since Group 2 is activated after activation of Group 2, the sensors are arranged in a hierarchy. |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Don Herring Irving Mitsubishi**<br>2901 W Airport Fwy<br>Irving, TX 75062<br>https://www.donherringirving.com<br><br>**Sales:** 4697012016<br>**Service:** 4692759369<br><br>## 2021 Cadillac XT5 FWD Premium Luxury<br><br>**Body Style:** Sport Utility<br>**Model Code:** 6NH26<br>**Engine:** Gas V6 3.6L/222<br>**Transmission:** Automatic<br>**Drive Type:** FWD<br>**Ext. Color:** Satin Steel Metallic<br>**Int. Color:** Cirrus<br>**Mileage:** 66151<br>**VIN #:** 1GYKNCRSXMZ114857<br>**Stock #:** F9375<br><br>Retail Price: ~~$27,995~~<br>**Sale Price** $23,265<br><br>**YOU SAVE:** $4,730<br><br>*Please Note: We turn our inventory daily, please check with the dealer to confirm vehicle availability.<br><br>Source:   donherring.com/print-email-vehicledetailsvin.aspx?vin=1GYKNCRSXMZ114857&type=used&extColorCode=&childId=16077 |

3

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|----------------------------------------------------------------|
|           | **SAFETY**<br><br>- Automatic Emergency Braking (Upgradeable to (UGN) Enhanced Automatic Emergency Braking and (UVZ) Reverse Automatic Braking when (Y66) Driver Assist Package is ordered.)<br>- Traction control, full-range, powertrain and brake modulated<br>- Daytime Running Lamps, LED<br>- Airbag, Passenger Sensing System sensor indicator inflatable restraint, front passenger/child presence detector (Always use seat belts and child restraints. Children are safer when properly secured in a rear seat in the appropriate child restraint. See the Owner's Manual for more information.)<br>- Airbags, dual-stage frontal and seat-mounted side-impact for driver and front passenger; knee for driver; head-curtain for all outboard seating positions with rollover protection (Always use seat belts and child restraints. Children are safer when properly secured in a rear seat in the appropriate child restraint. See the Owner's Manual for more information.)<br>- OnStar and Cadillac connected services capable (Terms and limitations apply. See onstar.com or dealer for details.)<br>- Front and Rear Park Assist (Upgradeable to (UKG) Automatic Parking Assist with braking<br><br>when (Y4N) Enhanced Visibility and Technology Package is ordered.)<br>- HD Rear Vision Camera (Upgradeable to (UV2) HD Surround Vision when (Y4N) Enhanced Visibility and Technology Package is ordered.)<br>- Lane Change Alert with Side Blind Zone Alert<br>- Following Distance Indicator<br>- Forward Collision Alert<br>- Lane Keep Assist with Lane Departure Warning<br>- Front Pedestrian Braking<br>- Rear Cross Traffic Alert<br>- Safety Alert Seat<br>- Rear Seat Reminder<br>- Door locks, rear child security<br>- Teen Driver a configurable feature that lets you activate customizable vehicle settings associated with a key fob, to help encourage safe driving behavior. It can limit certain available vehicle features, and it prevents certain safety systems from being turned off. An in-vehicle report card gives you information on driving habits and helps you to continue to coach your new driver<br>- Driver Mode Selector<br>- Tire Pressure Monitoring System<br>- Horn, dual note tone<br><br>Source:     donherring.com/print-email-vehicledetailsvin.aspx?vin=1GYKNCRSXMZ114857&type=used&extColorCode=&childId=16077 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|



Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
|           | Super Cruise uses the front radar, front camera, and 360 degree cameras for its operation. Clean surfaces are required for Super Cruise operation.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 301, last accessed on December 14, 2021<br><br>· Cadillac Smart System[1] suite of safety and driver assistance features:<br>  · Front Pedestrian Braking<br>  · Automatic Emergency Braking<br>  · Forward Collision Alert<br>  · Safety Alert Seat<br>  · Rear Seat Reminder[1]<br>  · Rear Park Assist<br>  · HD Rear Vision Camera<br>  · Teen Driver<br>  · Vehicle Diagnostics[1]<br>· Front Park Assist[1]<br>· Rear Pedestrian Alert[1]<br>· Lane Keep Assist with Lane Departure Warning[1]<br>· HD Surround Vision[1]<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Includes Luxury features, plus:**<br>• 22" 14-Spoke Alloy Wheels with Polished Finish<br>• Panoramic sunroof<br>• Full-color Head-Up Display<br>• Rear Cross Traffic Alert[±]<br>• Lane Change Alert with Side Blind Zone Alert[±]<br>• Adaptive Cruise Control[±]<br>• Enhanced Automatic Emergency Braking[±]<br>• Reverse Automatic Braking[±]<br>• Rear Camera Mirror[±] with Washer<br>• Enhanced Automatic Parking Assist[±]<br>• Automatic Seat Belt Tightening<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>SUPER CRUISE<br># GO HANDS-FREE WITH SUPER CRUISE<br><br>The future of driving is here. The 2022 Escalade offers available Super Cruise™[±]—the first true hands-free driver assistance technology for compatible roads, including the all-new Automatic Lane Change functionality.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | 

**STEP 1**

In order to use Super Cruise, first press the Adaptive Cruise Control[1] button on the steering wheel to turn on Adaptive Cruise Control. The Adaptive Cruise Control symbol will illuminate in white on the instrument cluster. If Adaptive Cruise Control is already set, the symbol will be green with a speed shown.

**STEP 2**

When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate in white on the instrument cluster.

Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|----------------------------------------------------------------|

### STEP 3

When it is safe to do so, press the Super Cruise button on the steering wheel to engage Super Cruise. When the symbol and steering-wheel light bar illuminate in green, you may remove your hands from the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.

### STEP 4

Newly offered on 2021 Super Cruise-equipped vehicles, available Lane Change on Demand allows your vehicle to change lanes while Super Cruise is active. When the driver activates the turn signal, the system will look for an acceptable opening in the indicated lane and alert other vehicles that a lane change is imminent. If the indicated lane is determined to be open, the vehicle will merge into the desired lane.

Upon initiation, the gauge cluster will inform the driver when the auto lane change has begun or, if the desired lane is unavailable, it will notify the driver that merging must be manually completed. The system will display messages, such as "looking for an opening" or "changing lanes," to keep the driver informed.

Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021

9

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Adaptive Cruise Control (Advanced)**<br><br>If equipped, Adaptive Cruise Control (ACC) allows the cruise control set speed and following gap to be selected. Read this entire section before using this system. The following gap is the following time (or distance) between your vehicle and a vehicle detected directly ahead in your path, moving in the same direction. If no vehicle is detected in your path,<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 274, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | ACC works like regular cruise control. ACC uses camera and radar sensors. See *Radio Frequency Statement* ⇨ *476.*<br><br>If a vehicle is detected in your path, ACC can speed up the vehicle or apply limited, moderate braking to maintain the selected following gap. To disengage ACC, apply the brake. If the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC) activates while ACC is engaged, ACC may automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ *264.* When road conditions allow ACC to be safely used, ACC can be turned back on.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 275, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

> In some cases, the available Super Cruise[i] feature may determine that changing lanes is optimal. Automatic Lane Change will automatically activate the turn signal and initiate the lane change when selected in the settings menu and changing lanes is identified as optimal for an efficient and smooth ride.

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | ## FRONT PEDESTRIAN BRAKING<br><br>- Front Pedestrian Braking can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- The system works at speeds below 50 mph during the daytime. It has limited nighttime and low-visibility performance.<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>## AUTOMATIC EMERGENCY BRAKING<br><br>- Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following. This feature works at speeds below 50 mph. Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | ## REAR PARK ASSIST<br><br>- Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds<br><br>## HD REAR VISION CAMERA<br><br>- HD Rear Vision Camera shows you a high-resolution digital image of the area directly behind your vehicle when you're in Reverse at low speeds. This may help you park and avoid nearby objects.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>— LANE KEEP ASSIST WITH LANE DEPARTURE WARNING<br><br>Lane Keep Assist with Lane Departure Warning uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane. If needed, you may receive additional Lane Departure Warning alerts. System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane.<br><br> |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 <br><br> **Forward Collision System** <br><br> This setting can alert of a potential crash with a detected vehicle ahead and can apply brakes to help reduce a collision's severity. <br><br> Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 141, last accessed on December 14, 2021 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; and | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Cadillac XT5 FWD Premium Luxury comprises software modules ("plurality of classifiers") as a part of the operating system executing in Cadillac XT5 FWD Premium Luxury that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar. <br><br> Further, the software module for each group monitors the environment via sensors to capture and process data and controls the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and |

| US9807564 | **Cadillac XT5 FWD Premium Luxury (The accused instrumentality)** |
|---|---|
| | the surrounding vehicles) ("context"). The below information primarily refers to a Cadillac Escalade and is applicable to the Cadillac XT5 FWD Premium Luxury.<br><br>Super Cruise uses the front radar, front camera, and 360 degree cameras for its operation. Clean surfaces are required for Super Cruise operation.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 301, last accessed on December 14, 2021<br><br>· Cadillac Smart System[±] suite of safety and driver assistance features:<br>  · Front Pedestrian Braking<br>  · Automatic Emergency Braking<br>  · Forward Collision Alert<br>  · Safety Alert Seat<br>  · Rear Seat Reminder[±]<br>  · Rear Park Assist<br>  · HD Rear Vision Camera<br>  · Teen Driver<br>  · Vehicle Diagnostics[±]<br>· Front Park Assist[±]<br>· Rear Pedestrian Alert[±]<br>· Lane Keep Assist with Lane Departure Warning[±]<br>· HD Surround Vision[±]<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Includes Luxury features, plus:**<br>• 22" 14-Spoke Alloy Wheels with Polished Finish<br>• Panoramic sunroof<br>• Full-color Head-Up Display<br>• Rear Cross Traffic Alert[±]<br>• Lane Change Alert with Side Blind Zone Alert[±]<br>• Adaptive Cruise Control[±]<br>• Enhanced Automatic Emergency Braking[±]<br>• Reverse Automatic Braking[±]<br>• Rear Camera Mirror[±] with Washer<br>• Enhanced Automatic Parking Assist[±]<br>• Automatic Seat Belt Tightening<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>SUPER CRUISE<br>## GO HANDS-FREE WITH SUPER CRUISE<br><br>The future of driving is here. The 2022 Escalade offers available Super Cruise™[±]—the first true hands-free driver assistance technology for compatible roads, including the all-new Automatic Lane Change functionality.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | 

**STEP 1**

In order to use Super Cruise, first press the Adaptive Cruise Control[1] button on the steering wheel to turn on Adaptive Cruise Control. The Adaptive Cruise Control symbol will illuminate in white on the instrument cluster. If Adaptive Cruise Control is already set, the symbol will be green with a speed shown.



**STEP 2**

When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate in white on the instrument cluster.

Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| |  **STEP 3**<br><br>When it is safe to do so, press the Super Cruise button on the steering wheel to engage Super Cruise. When the symbol and steering-wheel light bar illuminate in green, you may remove your hands from the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.<br><br> **STEP 4**<br><br>Newly offered on 2021 Super Cruise-equipped vehicles, available Lane Change on Demand allows your vehicle to change lanes while Super Cruise is active. When the driver activates the turn signal, the system will look for an acceptable opening in the indicated lane and alert other vehicles that a lane change is imminent. If the indicated lane is determined to be open, the vehicle will merge into the desired lane.<br><br>Upon initiation, the gauge cluster will inform the driver when the auto lane change has begun or, if the desired lane is unavailable, it will notify the driver that merging must be manually completed. The system will display messages, such as "looking for an opening" or "changing lanes," to keep the driver informed.<br><br>Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Adaptive Cruise Control (Advanced)**<br><br>If equipped, Adaptive Cruise Control (ACC) allows the cruise control set speed and following gap to be selected. Read this entire section before using this system. The following gap is the following time (or distance) between your vehicle and a vehicle detected directly ahead in your path, moving in the same direction. If no vehicle is detected in your path,<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 274, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | ACC works like regular cruise control. ACC uses camera and radar sensors. See *Radio Frequency Statement* ⇨ *476*. <br><br> If a vehicle is detected in your path, ACC can speed up the vehicle or apply limited, moderate braking to maintain the selected following gap. To disengage ACC, apply the brake. If the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC) activates while ACC is engaged, ACC may automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ *264*. When road conditions allow ACC to be safely used, ACC can be turned back on. <br><br> Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 275, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
| --- | --- |
| |  Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

In some cases, the available Super Cruise[i] feature may determine that changing lanes is optimal. Automatic Lane Change will automatically activate the turn signal and initiate the lane change when selected in the settings menu and changing lanes is identified as optimal for an efficient and smooth ride.

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **FRONT PEDESTRIAN BRAKING**<br><br>- Front Pedestrian Braking can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- The system works at speeds below 50 mph during the daytime. It has limited nighttime and low-visibility performance.<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>**AUTOMATIC EMERGENCY BRAKING**<br><br>- Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following. This feature works at speeds below 50 mph. Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

## REAR PARK ASSIST

- Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds

## HD REAR VISION CAMERA

- HD Rear Vision Camera shows you a high-resolution digital image of the area directly behind your vehicle when you're in Reverse at low speeds. This may help you park and avoid nearby objects.

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

— LANE KEEP ASSIST WITH LANE DEPARTURE WARNING

Lane Keep Assist with Lane Departure Warning uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane. If needed, you may receive additional Lane Departure Warning alerts. System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

**Lane Keep Assist (LKA)**

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings. The LKA may be ready to assist at speeds between 50 km/h (31 mph) and 180 km/h (112 mph). LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering. LKA can be overridden by turning the steering wheel. If the system detects you are steering intentionally across a lane marker, the LDW will not be given. Do

Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 329, last accessed on December 14, 2021

**Forward Collision System**

This setting can alert of a potential crash with a detected vehicle ahead and can apply brakes to help reduce a collision's severity.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 141, last accessed on December 14, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3]    a context detection   module configured to:

activate    a classification by a classifier  assigned to a first sensor group to evaluate a first context of the mobile  device, wherein  the first sensor group is at a lowest level in the hierarchy; | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Cadillac XT5 FWD Premium Luxury comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.

Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Cadillac Escalade and is applicable to the Cadillac XT5 FWD Premium Luxury.

Super Cruise uses the front radar, front camera, and 360 degree cameras for its operation. Clean surfaces are required for Super Cruise operation. |

| US9807564 | **Cadillac XT5 FWD Premium Luxury (The accused instrumentality)** |
|---|---|
| | Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 301, last accessed on December 14, 2021<br><br>• Cadillac Smart System[±] suite of safety and driver assistance features:<br>   • Front Pedestrian Braking<br>   • Automatic Emergency Braking<br>   • Forward Collision Alert<br>   • Safety Alert Seat<br>   • Rear Seat Reminder[±]<br>   • Rear Park Assist<br>   • HD Rear Vision Camera<br>   • Teen Driver<br>   • Vehicle Diagnostics[±]<br>• Front Park Assist[±]<br>• Rear Pedestrian Alert[±]<br>• Lane Keep Assist with Lane Departure Warning[±]<br>• HD Surround Vision[±]<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|--------------------------------------------------------------|
| | **Includes Luxury features, plus:**<br>• 22" 14-Spoke Alloy Wheels with Polished Finish<br>• Panoramic sunroof<br>• Full-color Head-Up Display<br>• Rear Cross Traffic Alert[±]<br>• Lane Change Alert with Side Blind Zone Alert[±]<br>• Adaptive Cruise Control[±]<br>• Enhanced Automatic Emergency Braking[±]<br>• Reverse Automatic Braking[±]<br>• Rear Camera Mirror[±] with Washer<br>• Enhanced Automatic Parking Assist[±]<br>• Automatic Seat Belt Tightening<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>SUPER CRUISE<br>GO HANDS-FREE WITH SUPER CRUISE<br><br>The future of driving is here. The 2022 Escalade offers available Super Cruise™[±]—the first true hands-free driver assistance technology for compatible roads, including the all-new Automatic Lane Change functionality.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| |  **STEP 1** In order to use Super Cruise, first press the Adaptive Cruise Control[1] button on the steering wheel to turn on Adaptive Cruise Control. The Adaptive Cruise Control symbol will illuminate in white on the instrument cluster. If Adaptive Cruise Control is already set, the symbol will be green with a speed shown.  **STEP 2** When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate in white on the instrument cluster. Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

### STEP 3

When it is safe to do so, press the Super Cruise button on the steering wheel to engage Super Cruise. When the symbol and steering-wheel light bar illuminate in green, you may remove your hands from the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.

### STEP 4

Newly offered on 2021 Super Cruise-equipped vehicles, available Lane Change on Demand allows your vehicle to change lanes while Super Cruise is active. When the driver activates the turn signal, the system will look for an acceptable opening in the indicated lane and alert other vehicles that a lane change is imminent. If the indicated lane is determined to be open, the vehicle will merge into the desired lane.

Upon initiation, the gauge cluster will inform the driver when the auto lane change has begun or, if the desired lane is unavailable, it will notify the driver that merging must be manually completed. The system will display messages, such as "looking for an opening" or "changing lanes," to keep the driver informed.

Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Adaptive Cruise Control (Advanced)**<br><br>If equipped, Adaptive Cruise Control (ACC) allows the cruise control set speed and following gap to be selected. Read this entire section before using this system. The following gap is the following time (or distance) between your vehicle and a vehicle detected directly ahead in your path, moving in the same direction. If no vehicle is detected in your path,<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 274, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|----------------------------------------------------------------|
| | ACC works like regular cruise control. ACC uses camera and radar sensors. See *Radio Frequency Statement* ⇨ *476.*<br><br>If a vehicle is detected in your path, ACC can speed up the vehicle or apply limited, moderate braking to maintain the selected following gap. To disengage ACC, apply the brake. If the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC) activates while ACC is engaged, ACC may automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ *264.* When road conditions allow ACC to be safely used, ACC can be turned back on.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 275, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>In some cases, the available **Super Cruise**[i] feature may determine that changing lanes is optimal. Automatic Lane Change will automatically activate the turn signal and initiate the lane change when selected in the settings menu and changing lanes is identified as optimal for an efficient and smooth ride.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | **FRONT PEDESTRIAN BRAKING**<br><br>- Front Pedestrian Braking can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- The system works at speeds below 50 mph during the daytime. It has limited nighttime and low-visibility performance.<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>**AUTOMATIC EMERGENCY BRAKING**<br><br>- Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following. This feature works at speeds below 50 mph. Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | ## REAR PARK ASSIST<br><br>- Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds<br><br>## HD REAR VISION CAMERA<br><br>- HD Rear Vision Camera shows you a high-resolution digital image of the area directly behind your vehicle when you're in Reverse at low speeds. This may help you park and avoid nearby objects.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>LANE KEEP ASSIST WITH LANE DEPARTURE WARNING<br><br>Lane Keep Assist with Lane Departure Warning uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane. If needed, you may receive additional Lane Departure Warning alerts. System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane.  |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

**Lane Keep Assist (LKA)**

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings. The LKA may be ready to assist at speeds between 50 km/h (31 mph) and 180 km/h (112 mph). LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering. LKA can be overridden by turning the steering wheel. If the system detects you are steering intentionally across a lane marker, the LDW will not be given. Do

Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 329, last accessed on December 14, 2021

**Forward Collision System**

This setting can alert of a potential crash with a detected vehicle ahead and can apply brakes to help reduce a collision's severity.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 141, last accessed on December 14, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4]    activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Cadillac Escalade and is applicable to the Cadillac XT5 FWD Premium Luxury.<br><br>Super Cruise uses the front radar, front camera, and 360 degree cameras for its operation. Clean surfaces are required for Super Cruise operation.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 301, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | · Cadillac Smart <u>System</u>[1] suite of safety and driver assistance features: <br>    · Front Pedestrian Braking <br>    · Automatic Emergency Braking <br>    · Forward Collision Alert <br>    · Safety Alert Seat <br>    · Rear Seat <u>Reminder</u>[1] <br>    · Rear Park Assist <br>    · HD Rear Vision Camera <br>    · Teen Driver <br>    · Vehicle <u>Diagnostics</u>[1] <br> · Front Park <u>Assist</u>[1] <br> · Rear Pedestrian <u>Alert</u>[1] <br> · Lane Keep Assist with Lane Departure <u>Warning</u>[1] <br> · HD Surround <u>Vision</u>[1] <br> Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | **Includes Luxury features, plus:**<br>• 22" 14-Spoke Alloy Wheels with Polished Finish<br>• Panoramic sunroof<br>• Full-color Head-Up Display<br>• Rear Cross Traffic Alert[±]<br>• Lane Change Alert with Side Blind Zone Alert[±]<br>• Adaptive Cruise Control[±]<br>• Enhanced Automatic Emergency Braking[±]<br>• Reverse Automatic Braking[±]<br>• Rear Camera Mirror[±] with Washer<br>• Enhanced Automatic Parking Assist[±]<br>• Automatic Seat Belt Tightening<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>SUPER CRUISE<br>GO HANDS-FREE WITH SUPER CRUISE<br><br>The future of driving is here. The 2022 Escalade offers available Super Cruise™[±]—the first true hands-free driver assistance technology for compatible roads, including the all-new Automatic Lane Change functionality.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| |  **STEP 1**<br><br>In order to use Super Cruise, first press the Adaptive Cruise Control[1] button on the steering wheel to turn on Adaptive Cruise Control. The Adaptive Cruise Control symbol will illuminate in white on the instrument cluster. If Adaptive Cruise Control is already set, the symbol will be green with a speed shown.<br><br> **STEP 2**<br><br>When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate in white on the instrument cluster.<br><br>Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

### STEP 3

When it is safe to do so, press the Super Cruise button on the steering wheel to engage Super Cruise. When the symbol and steering-wheel light bar illuminate in green, you may remove your hands from the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.

### STEP 4

Newly offered on 2021 Super Cruise-equipped vehicles, available Lane Change on Demand allows your vehicle to change lanes while Super Cruise is active. When the driver activates the turn signal, the system will look for an acceptable opening in the indicated lane and alert other vehicles that a lane change is imminent. If the indicated lane is determined to be open, the vehicle will merge into the desired lane.

Upon initiation, the gauge cluster will inform the driver when the auto lane change has begun or, if the desired lane is unavailable, it will notify the driver that merging must be manually completed. The system will display messages, such as "looking for an opening" or "changing lanes," to keep the driver informed.

Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|----------------------------------------------------------------|
|           | **Adaptive Cruise Control (Advanced)**<br><br>If equipped, Adaptive Cruise Control (ACC) allows the cruise control set speed and following gap to be selected. Read this entire section before using this system. The following gap is the following time (or distance) between your vehicle and a vehicle detected directly ahead in your path, moving in the same direction. If no vehicle is detected in your path,<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 274, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | ACC works like regular cruise control. ACC uses camera and radar sensors. See *Radio Frequency Statement* ⇨ *476.* <br><br> If a vehicle is detected in your path, ACC can speed up the vehicle or apply limited, moderate braking to maintain the selected following gap. To disengage ACC, apply the brake. If the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC) activates while ACC is engaged, ACC may automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ *264.* When road conditions allow ACC to be safely used, ACC can be turned back on. <br><br> Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 275, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

In some cases, the available Super Cruise[1] feature may determine that changing lanes is optimal. Automatic Lane Change will automatically activate the turn signal and initiate the lane change when selected in the settings menu and changing lanes is identified as optimal for an efficient and smooth ride.

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | **FRONT PEDESTRIAN BRAKING**<br><br>- Front Pedestrian Braking can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- The system works at speeds below 50 mph during the daytime. It has limited nighttime and low-visibility performance.<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>**AUTOMATIC EMERGENCY BRAKING**<br><br>- Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following. This feature works at speeds below 50 mph. Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

## REAR PARK ASSIST

- Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds

## HD REAR VISION CAMERA

- HD Rear Vision Camera shows you a high-resolution digital image of the area directly behind your vehicle when you're in Reverse at low speeds. This may help you park and avoid nearby objects.

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

LANE KEEP ASSIST WITH LANE DEPARTURE WARNING

Lane Keep Assist with Lane Departure Warning uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane. If needed, you may receive additional Lane Departure Warning alerts. System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

**Lane Keep Assist (LKA)**

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings. The LKA may be ready to assist at speeds between 50 km/h (31 mph) and 180 km/h (112 mph). LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering. LKA can be overridden by turning the steering wheel. If the system detects you are steering intentionally across a lane marker, the LDW will not be given. Do

Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 329, last accessed on December 14, 2021

**Forward Collision System**

This setting can alert of a potential crash with a detected vehicle ahead and can apply brakes to help reduce a collision's severity.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 141, last accessed on December 14, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5]    adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Super Cruise, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of adaptive cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of Cadillac XT5 FWD Premium Luxury.  The below information primarily refers to a Cadillac Escalade and is applicable to the Cadillac XT5 FWD Premium Luxury.<br><br>Super Cruise uses the front radar, front camera, and 360 degree cameras for its operation. Clean surfaces are required for Super Cruise operation.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 301, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | • Cadillac Smart System[1] suite of safety and driver assistance features:<br>    • Front Pedestrian Braking<br>    • Automatic Emergency Braking<br>    • Forward Collision Alert<br>    • Safety Alert Seat<br>    • Rear Seat Reminder[1]<br>    • Rear Park Assist<br>    • HD Rear Vision Camera<br>    • Teen Driver<br>    • Vehicle Diagnostics[1]<br>• Front Park Assist[1]<br>• Rear Pedestrian Alert[1]<br>• Lane Keep Assist with Lane Departure Warning[1]<br>• HD Surround Vision[1]<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | **Includes Luxury features, plus:**<br>• 22" 14-Spoke Alloy Wheels with Polished Finish<br>• Panoramic sunroof<br>• Full-color Head-Up Display<br>• Rear Cross Traffic <u>Alert</u>[±]<br>• Lane Change Alert with Side Blind Zone <u>Alert</u>[±]<br>• Adaptive Cruise <u>Control</u>[±]<br>• Enhanced Automatic Emergency <u>Braking</u>[±]<br>• Reverse Automatic <u>Braking</u>[±]<br>• Rear Camera <u>Mirror</u>[±] with Washer<br>• Enhanced Automatic Parking <u>Assist</u>[±]<br>• Automatic Seat Belt Tightening<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>SUPER CRUISE<br>## GO HANDS-FREE WITH SUPER CRUISE<br>―――<br>The future of driving is here. The 2022 Escalade offers available <u>Super Cruise</u>™[±]—the first true hands-free driver assistance technology for compatible roads, including the all-new Automatic Lane Change functionality.<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
|           |  **STEP 1**<br><br>In order to use Super Cruise, first press the Adaptive Cruise Control[1] button on the steering wheel to turn on Adaptive Cruise Control. The Adaptive Cruise Control symbol will illuminate in white on the instrument cluster. If Adaptive Cruise Control is already set, the symbol will be green with a speed shown.<br><br> **STEP 2**<br><br>When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate in white on the instrument cluster.<br><br>Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

### STEP 3

When it is safe to do so, press the Super Cruise button on the steering wheel to engage Super Cruise. When the symbol and steering-wheel light bar illuminate in green, you may remove your hands from the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.

### STEP 4

Newly offered on 2021 Super Cruise-equipped vehicles, available Lane Change on Demand allows your vehicle to change lanes while Super Cruise is active. When the driver activates the turn signal, the system will look for an acceptable opening in the indicated lane and alert other vehicles that a lane change is imminent. If the indicated lane is determined to be open, the vehicle will merge into the desired lane.

Upon initiation, the gauge cluster will inform the driver when the auto lane change has begun or, if the desired lane is unavailable, it will notify the driver that merging must be manually completed. The system will display messages, such as "looking for an opening" or "changing lanes," to keep the driver informed.

Source: https://www.cadillac.com/ownership/vehicle-technology/super-cruise, last accessed on December 14, 2021

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
| | **Adaptive Cruise Control (Advanced)**<br><br>If equipped, Adaptive Cruise Control (ACC) allows the cruise control set speed and following gap to be selected. Read this entire section before using this system. The following gap is the following time (or distance) between your vehicle and a vehicle detected directly ahead in your path, moving in the same direction. If no vehicle is detected in your path,<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 274, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
|  | ACC works like regular cruise control. ACC uses camera and radar sensors. See *Radio Frequency Statement* ⇨ 476.<br><br>If a vehicle is detected in your path, ACC can speed up the vehicle or apply limited, moderate braking to maintain the selected following gap. To disengage ACC, apply the brake. If the Traction Control System (TCS) or StabiliTrak/Electronic Stability Control (ESC) activates while ACC is engaged, ACC may automatically disengage. See *Traction Control/Electronic Stability Control* ⇨ 264. When road conditions allow ACC to be safely used, ACC can be turned back on.<br><br>Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 275, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|---------------------------------------------------------------|
|           | <br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>In some cases, the available Super Cruise[i] feature may determine that changing lanes is optimal. Automatic Lane Change will automatically activate the turn signal and initiate the lane change when selected in the settings menu and changing lanes is identified as optimal for an efficient and smooth ride.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|-----------|--------------------------------------------------------------|
|           | ## FRONT PEDESTRIAN BRAKING<br><br>- Front Pedestrian Braking can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- The system works at speeds below 50 mph during the daytime. It has limited nighttime and low-visibility performance.<br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021<br><br>## AUTOMATIC EMERGENCY BRAKING<br><br>- Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following. This feature works at speeds below 50 mph. Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking.<br><br>Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|

## REAR PARK ASSIST

- Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds

## HD REAR VISION CAMERA

- HD Rear Vision Camera shows you a high-resolution digital image of the area directly behind your vehicle when you're in Reverse at low speeds. This may help you park and avoid nearby objects.

Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021

— LANE KEEP ASSIST WITH LANE DEPARTURE WARNING

Lane Keep Assist with Lane Departure Warning uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane. If needed, you may receive additional Lane Departure Warning alerts. System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/suvs/escalade, last accessed on December 14, 2021 |

**Lane Keep Assist (LKA)**

If equipped, LKA may help avoid crashes due to unintentional lane departures. This system uses a camera to detect lane markings. The LKA may be ready to assist at speeds between 50 km/h (31 mph) and 180 km/h (112 mph). LKA may assist by gently turning the steering wheel if the vehicle approaches a detected lane marking. It may also provide a Lane Departure Warning (LDW) alert if the vehicle crosses a detected lane marking. This system is not intended to keep the vehicle centered in the lane. LKA will not assist and alert if the turn signal is active in the direction of lane departure, or if it detects that you are accelerating, braking or actively steering. LKA can be overridden by turning the steering wheel. If the system detects you are steering intentionally across a lane marker, the LDW will not be given. Do

Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5_FWD_Premium_Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 329, last accessed on December 14, 2021

**Forward Collision System**

This setting can alert of a potential crash with a detected vehicle ahead and can apply brakes to help reduce a collision's severity.

| US9807564 | Cadillac XT5 FWD Premium Luxury (The accused instrumentality) |
|---|---|
| | Source: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/5000/MA5568/en_US/1.0/22_CAD_XT5 FWD Premium Luxury_OM_en_US_U_84793868A_2021AUG16.pdf, page 141, last accessed on December 14, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |