**EXHIBIT E**

**UNITED STATES PATENT NO. 9,807,564**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| [1.1]   A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy; | To the extent the preamble is limiting, Don Herring ("Defendant") makes, uses, sells and offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Chevrolet Suburban LT[1] ("mobile device").   Chevrolet Suburban LT is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call.<br><br>For example, Chevrolet Suburban LT comprises sensors including but not limited to camera, radar sensor, steering sensor, and braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. Chevrolet Suburban LT provides safety and driver assistance that comprises features including but not limited to adaptive cruise control, front and rear park assist, lane keep assist with lane departure warning, front pedestrian braking, |

---

[1] While Chevrolet Suburban LT has been used as an exemplary infringing product, cars including but not limited to Suburban LT LS, Suburban LT LT, Suburban LT Premier, Trax, Trailblazer, Blazer, Traverse, Tahoe, Suburban, Silverado, Bolt EV, Spark, Malibu, and/or RS as well as variants (be it form factor or engine options) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
|  | and forward collision alert & automatic emergency braking. The below information primarily refers to a Chevrolet Equinox and is applicable to the Chevrolet Suburban LT.<br><br>For example, Chevrolet Suburban LT performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding Chevrolet Suburban LT.<br>3. If Chevrolet Suburban LT detects, using the camera and radar, that there are objects/vehicles near the Chevrolet Suburban LT, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.  Since Group 2 is activated after activation of Group 1, the sensors are arranged in a hierarchy. |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|

# Don Herring North Mitsubishi

4225 W. Plano Pkwy
Plano, TX 75093-5603
https://www.donherringplano.com

**Sales: 14694420013**
**Service: 14692891661**

# 2020 Chevrolet Suburban LT

**Body Style:** Sport Utility
**Model Code:** CK15906
**Engine:** Gas/Ethanol V8 5.3L/
**Transmission:** Automatic
**Drive Type:** 4WD
**Ext. Color:** Summit White
**Int. Color:** Jet Black/Dark Ash
**Mileage:** 69811
**VIN #:** 1GNSKHKC8LR239554
**Stock #:** 80807A

**Sale Price**          **$37,997**

**\*Please Note:** We turn our inventory daily,
please check with the dealer to confirm
vehicle availability.

- Enhanced Driver Alert Package includes (UEU) Forward Collision Alert, (TQ5) IntelliBeam headlamps, (UHY)
Automatic Emergency Braking, (UHX) Lane Keep Assist with Lane Departure Warning and Safety Alert Seat

Source:  https://www.donherring.com/used-Plano-2020-Chevrolet-Suburban-LT-1GNSKHKC8LR239554

3

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|

- Brakes, 4-wheel antilock, 4-wheel disc, VAC power with Brake Assist
- StabiliTrak, stability control system with brake assist, includes traction control
- Daytime Running Lamps, with automatic exterior lamp control
- Teen Driver a configurable feature that lets you activate customizable vehicle settings associated with a key fob, to help encourage safe driving behavior. It can limit certain available vehicle features, and it prevents certain safety systems from being turned off. An in-vehicle report card gives you information on driving habits and helps you to continue to coach your new driver
- Airbags, Frontal airbags for driver and front outboard passenger; Seat-mounted side-impact airbags for driver and front outboard passenger; Driver inboard seat-mounted side-impact airbag; Head-curtain airbags for all rows in outboard seating positions (Always use seat belts and child restraints. Children are safer when properly secured in a rear seat in the appropriate child restraint. See the Owner's Manual for more information.)
- Front outboard Passenger Sensing System for frontal outboard passenger airbag (Always use seat belts and child restraints. Children are safer

when properly secured in a rear seat in the appropriate child restraint. See the Owner's Manual for more information.)
- OnStar and Chevrolet connected services capable (Terms and limitations apply. See onstar.com or dealer for details.)
- Automatic Emergency Braking
- Rear Park Assist with audible warning
- Rear Vision Camera
- Lane Keep Assist with Lane Departure Warning
- Forward Collision Alert
- Safety Alert Seat
- Door locks, rear child security
- LATCH system (Lower Anchors and Tethers for CHildren), for child restraint seats lower anchors and top tethers located in all second-row seating positions, top tethers located in third row seating positions
- Tire Pressure Monitor System air pressure sensors in each tire with pressure display in Driver Information Center, includes Tire Fill Alert
- Warning tones headlamp on, key-in-ignition, driver and right-front passenger seat belt unfasten and turn signal on

Source: https://www.donherring.com/used-Plano-2020-Chevrolet-Suburban-LT-1GNSKHKC8LR239554

4

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|



Source:  https://www.chevrolet.com/suvs/equinox, last accessed on December 28, 2021

FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING

FRONT PEDESTRIAN BRAKING

LANE KEEP ASSIST WITH LANE DEPARTURE WARNING

Source:  https://www.chevrolet.com/suvs/equinox, last accessed on December 28, 2021

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|-----------|--------------------------------------------------------|
| |  **ADAPTIVE CRUISE CONTROL**<br>• Adaptive Cruise Control can automatically maintain a driver-selected gap time from the detected vehicle you're following while you steer.<br>• This feature reduces your need to frequently brake and accelerate when you're driving.<br><br>**REAR VISION CAMERA**<br>• Rear Vision Camera shows you an image of the area directly behind your vehicle when you're in Reverse at low speeds.<br>• This may help you park and avoid nearby objects.<br><br>**HIGH-DEFINITION SURROUND VISION**<br>• Surround Vision uses multiple cameras to display a digital overhead image of the area around your vehicle along with Rear Vision Camera or front views. It works at low speeds and may help you park and avoid nearby objects<br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| |  Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | STANDARD<br><br>**LANE KEEP ASSIST WITH**<br>**LANE DEPARTURE WARNING**<br><br>• Uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane<br><br>• If needed, you may receive additional Lane Departure Warning alerts<br><br>• System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|-----------|---------------------------------------------------------|
|           |  Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:10), last accessed on December 28, 2021  Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:08), last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|------------------------------------------------------|
| | STANDARD<br>FRONT PEDESTRIAN<br>BRAKING<br><br>• At speeds below 50 mph during the daytime, this feature can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>• It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>• It has limited nighttime and low-visibility performance<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/pedestrian.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | • Can warn you when it detects a potential front-end collision with a vehicle you're following so you can quickly take action<br><br>• Also can provide a tailgating alert if you are following a detected vehicle much too closely<br><br>• When traveling at speeds below 50 mph in the daytime, Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following<br><br>• Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking     →   FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  Source:   https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html   (at 0:07), last accessed on December 28, 2021 <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Chevrolet Suburban LT comprises software modules ("plurality of classifiers") as a part of the operating system executing in Chevrolet Suburban LT that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar. |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| sensors assigned to the same sensor group as the classifier; and | Further, the software module for each group monitors the environment via sensors to capture and process data and controls the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to a Chevrolet Equinox and is applicable to the Chevrolet Suburban LT. |



FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING

FRONT PEDESTRIAN BRAKING

LANE KEEP ASSIST WITH LANE DEPARTURE WARNING

Source:  https://www.chevrolet.com/suvs/equinox, last accessed on December 28, 2021

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  **ADAPTIVE CRUISE CONTROL**<br>• Adaptive Cruise Control can automatically maintain a driver-selected gap time from the detected vehicle you're following while you steer.<br>• This feature reduces your need to frequently brake and accelerate when you're driving.<br><br>**REAR VISION CAMERA**<br>• Rear Vision Camera shows you an image of the area directly behind your vehicle when you're in Reverse at low speeds.<br>• This may help you park and avoid nearby objects.<br><br>**HIGH-DEFINITION SURROUND VISION**<br>• Surround Vision uses multiple cameras to display a digital overhead image of the area around your vehicle along with Rear Vision Camera or front views. It works at low speeds and may help you park and avoid nearby objects<br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | <br><br>**REAR PARK ASSIST**<br>• Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds.<br><br>**INTELLIBEAM® AUTO HIGH BEAM ASSIST**<br>• Can automatically turn the vehicle's high beam headlamps on and off according to surrounding traffic conditions<br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| |  AVAILABLE CHEVY SAFETY ASSIST<br><br>## Assisting you when it matters most.<br><br>Standard on 2022 Bolt EV, 2022 Bolt EUV, 2022 Equinox, and 2021 and 2022 Trailblazer, Chevy Safety Assist bundles six of our most advanced safety features together to give you more confidence each time you drive.<br><br>- Automatic Emergency Braking<br>- Forward Collision Alert<br>- Front Pedestrian Braking<br>- Following Distance Indicator<br>- Lane Keep Assist with Lane Departure Warning<br>- Intellibeam® Auto High Beam Assist<br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | STANDARD<br>**LANE KEEP ASSIST WITH**<br>**LANE DEPARTURE WARNING**<br><br>• Uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane<br><br>• If needed, you may receive additional Lane Departure Warning alerts<br><br>• System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane<br><br>Source:          https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|-----------------------------------------------------|
| | <br>Source:      https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:10), last accessed on December 28, 2021<br><br><br>Source:      https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:08), last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | STANDARD<br>FRONT PEDESTRIAN<br>BRAKING<br><br>• At speeds below 50 mph during the daytime, this feature can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>• It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>• It has limited nighttime and low-visibility performance<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/pedestrian.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | • Can warn you when it detects a potential front-end collision with a vehicle you're following so you can quickly take action<br><br>• Also can provide a tailgating alert if you are following a detected vehicle much too closely<br><br>• When traveling at speeds below 50 mph in the daytime, Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following<br><br>• Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking      →     FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | <br><br>Source:  https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html  (at 0:07), last accessed on December 28, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3]    a context detection   module configured to:<br><br>activate                a classification   by  a classifier   assigned to  a  first  sensor group to evaluate a first context of the mobile       device, wherein  the  first | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Chevrolet Suburban LT comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| sensor group is at a lowest level in the hierarchy; | relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Chevrolet Equinox and is applicable to the Chevrolet Suburban LT. <br><br>  <br> FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING   FRONT PEDESTRIAN BRAKING   LANE KEEP ASSIST WITH LANE DEPARTURE WARNING <br> Source:  https://www.chevrolet.com/suvs/equinox, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|-----------|------------------------------------------------------------|
| | <br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| | <br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| |  **AVAILABLE CHEVY SAFETY ASSIST**<br><br>Assisting you when it matters most.<br><br>Standard on 2022 Bolt EV, 2022 Bolt EUV, 2022 Equinox, and 2021 and 2022 Trailblazer, Chevy Safety Assist bundles six of our most advanced safety features together to give you more confidence each time you drive.<br><br>• Automatic Emergency Braking   • Following Distance Indicator<br>• Forward Collision Alert   • Lane Keep Assist with Lane Departure Warning<br>• Front Pedestrian Braking   • Intellibeam® Auto High Beam Assist<br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | **STANDARD**<br>**LANE KEEP ASSIST WITH**<br>**LANE DEPARTURE WARNING**<br><br>• Uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane<br><br>• If needed, you may receive additional Lane Departure Warning alerts<br><br>• System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane<br><br>Source:        https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| | <br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:10), last accessed on December 28, 2021<br><br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:08), last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | STANDARD<br><br>FRONT PEDESTRIAN<br><br>BRAKING<br><br>&bull; At speeds below 50 mph during the daytime, this feature can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>&bull; It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>&bull; It has limited nighttime and low-visibility performance<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/pedestrian.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | • Can warn you when it detects a potential front-end collision with a vehicle you're following so you can quickly take action<br><br>• Also can provide a tailgating alert if you are following a detected vehicle much too closely<br><br>• When traveling at speeds below 50 mph in the daytime, Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following<br><br>• Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking      →  FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING<br><br>Source:  https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html,  last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
|  | <br><br>Source:   https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html   (at 0:07), last accessed on December 28, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4]   activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|

information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Chevrolet Equinox and is applicable to the Chevrolet Suburban LT.



FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING          FRONT PEDESTRIAN BRAKING          LANE KEEP ASSIST WITH LANE DEPARTURE WARNING

Source: https://www.chevrolet.com/suvs/equinox, last accessed on December 28, 2021





**ADAPTIVE CRUISE CONTROL**
- Adaptive Cruise Control can automatically maintain a driver-selected gap time from the detected vehicle you're following while you steer.
- This feature reduces your need to frequently brake and accelerate when you're driving.

**REAR VISION CAMERA**
- Rear Vision Camera shows you an image of the area directly behind your vehicle when you're in Reverse at low speeds.
- This may help you park and avoid nearby objects.

**HIGH-DEFINITION SURROUND VISION**
- Surround Vision uses multiple cameras to display a digital overhead image of the area around your vehicle along with Rear Vision Camera or front views. It works at low speeds and may help you park and avoid nearby objects

Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
|  |  |



**REAR PARK ASSIST**
- Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds.

**INTELLIBEAM® AUTO HIGH BEAM ASSIST**
- Can automatically turn the vehicle's high beam headlamps on and off according to surrounding traffic conditions

Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | 
**AVAILABLE CHEVY SAFETY ASSIST**
## Assisting you when it matters most.
Standard on 2022 Bolt EV, 2022 Bolt EUV, 2022 Equinox, and 2021 and 2022 Trailblazer, Chevy Safety Assist bundles six of our most advanced safety features together to give you more confidence each time you drive.

- Automatic Emergency Braking
- Forward Collision Alert
- Front Pedestrian Braking
- Following Distance Indicator
- Lane Keep Assist with Lane Departure Warning
- Intellibeam® Auto High Beam Assist

Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | STANDARD<br><br>**LANE KEEP ASSIST WITH**<br>**LANE DEPARTURE WARNING**<br><br>• Uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane<br><br>• If needed, you may receive additional Lane Departure Warning alerts<br><br>• System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane<br><br>Source:  https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|------------------------------------------------------|
|           |  Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:10), last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|------------------------------------------------------|
| | STANDARD<br>FRONT PEDESTRIAN BRAKING<br><br>- At speeds below 50 mph during the daytime, this feature can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- It has limited nighttime and low-visibility performance<br><br>Source:     https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/pedestrian.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|------------------------------------------------------|
| | • Can warn you when it detects a potential front-end collision with a vehicle you're following so you can quickly take action<br><br>• Also can provide a tailgating alert if you are following a detected vehicle much too closely<br><br>• When traveling at speeds below 50 mph in the daytime, Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following<br><br>• Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking      FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING<br><br>Source:  https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html,  last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | <br><br>Source:   https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html   (at 0:07), last accessed on December 28, 2021<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5]    adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car. |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | For example, as a part of the driver assistance, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of adaptive cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of Chevrolet Suburban LT.  The below information primarily refers to a Chevrolet Equinox and is applicable to the Chevrolet Suburban LT.<br><br><br><br>FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING          FRONT PEDESTRIAN BRAKING          LANE KEEP ASSIST WITH LANE DEPARTURE WARNING<br><br>Source:  https://www.chevrolet.com/suvs/equinox, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  |

Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  **REAR PARK ASSIST**<br>• Rear Park Assist can provide distance alerts to nearby detected objects behind your vehicle to help you park and avoid collisions when you're in Reverse at low speeds.<br><br>**INTELLIBEAM® AUTO HIGH BEAM ASSIST**<br>• Can automatically turn the vehicle's high beam headlamps on and off according to surrounding traffic conditions<br><br>Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|-----------------------------------------------------|
| | 

AVAILABLE CHEVY SAFETY ASSIST

## Assisting you when it matters most.

Standard on 2022 Bolt EV, 2022 Bolt EUV, 2022 Equinox, and 2021 and 2022 Trailblazer, Chevy Safety Assist bundles six of our most advanced safety features together to give you more confidence each time you drive.

- Automatic Emergency Braking
- Forward Collision Alert
- Front Pedestrian Braking
- Following Distance Indicator
- Lane Keep Assist with Lane Departure Warning
- Intellibeam® Auto High Beam Assist

Source: https://www.chevrolet.com/safety, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|-----------|------------------------------------------------------|
| | STANDARD<br>**LANE KEEP ASSIST WITH**<br>**LANE DEPARTURE WARNING**<br><br>• Uses a brief, gentle steering wheel turn to alert you when you may be unintentionally drifting out of detected lane lines, so you can steer to stay safely in your lane<br><br>• If needed, you may receive additional Lane Departure Warning alerts<br><br>• System alerts do not occur if you're using your turn signal or it detects you may be intentionally leaving your lane<br><br>Source:        https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html, last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/lane-keep.html (at 0:10), last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | STANDARD<br>FRONT PEDESTRIAN<br>BRAKING<br><br>- At speeds below 50 mph during the daytime, this feature can help you avoid or reduce the severity of a front-end collision with a pedestrian it detects directly ahead of you<br><br>- It provides pedestrian alerts and can even automatically provide hard emergency braking or enhance the driver's hard braking<br><br>- It has limited nighttime and low-visibility performance<br><br>Source: https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/pedestrian.html, last accessed on December 28, 2021 |

| US9807564 | Chevrolet Suburban LT (The accused instrumentality) |
|---|---|
| | • Can warn you when it detects a potential front-end collision with a vehicle you're following so you can quickly take action<br><br>• Also can provide a tailgating alert if you are following a detected vehicle much too closely<br><br>• When traveling at speeds below 50 mph in the daytime, Automatic Emergency Braking works with Forward Collision Alert to help you avoid or reduce the severity of a front-end collision with a detected vehicle you're following<br><br>• Camera technology is used to automatically provide hard emergency braking or enhance the driver's hard braking     → FORWARD COLLISION ALERT AND AUTOMATIC EMERGENCY BRAKING<br><br>Source:  https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html,  last accessed on December 28, 2021 |

| US9807564 | **Chevrolet Suburban LT (The accused instrumentality)** |
|---|---|
| |  |

Source:   https://www.chevrolet.com/index/vehicles/2022/suvs/equinox/overview/overview-subcontent/safety-scroller-xl/xl.html   (at 0:07), last accessed on December 28, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.