**EXHIBIT F**

**UNITED STATES PATENT NO. 9,807,564**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US9807564 | Jeep Cherokee Latitude (The accused instrumentality) |
|---|---|
| [1.1]   A   mobile device, comprising:<br><br>a    plurality    of sensors    and    a plurality of sensor groups,    wherein each of the sensor groups    is    assigned at least one of the sensors,    and wherein the sensor groups are arranged | To the extent the preamble is limiting, Don Herring ("Defendant") makes, uses, sells, imports, and/or offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Jeep Cherokee Latitude[1] ("mobile device"). Jeep Cherokee Latitude  is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call.<br><br>For example, Jeep Cherokee Latitude comprises sensors including but not limited to camera, radar sensor, ultrasonic sensors, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of |

[1] While Jeep Renegade has been used as an exemplary infringing product, cars including but not limited to New Grand Cherokee, Compass, Wrangler, Gladiator, Grand Wagoneer, and/or Wagoneer as well as variants (be it form factor or engine options) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| | |
|---|---|
| according to a hierarchy; | separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera, radar, and ultrasonic sensor are assigned to Group 2. Jeep Cherokee Latitude provides safety features including but not limited to adaptive cruise control, lane departure warning with lane keep assist, full-speed forward collision warning with active braking, parallel and perpendicular park and exit assist, and rear park assist. The below information primarily refers to a Jeep Renegade and is applicable to the Jeep Cherokee Latitude.<br><br>For example, Jeep Cherokee Latitude performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera, radar, and ultrasonic sensor are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding Jeep Cherokee Latitude.<br>3. If Jeep Cherokee Latitude detects, using the camera and radar, that there are objects/vehicles near the Jeep Cherokee Latitude, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.  Since Group 2 is activated after activation of Group 1, the sensors are arranged in a hierarchy. |

# Don Herring Irving Mitsubishi

2901 W Airport Fwy
Irving, TX 75062
https://www.donherringirving.com

**Sales: 4697012016**
**Service: 4692759369**

# 2021 Jeep Cherokee Latitude



**Body Style:** Sport Utility
**Model Code:** KLTM74
**Engine:** Regular Unleaded I-4 2.4 L/144
**Transmission:** Automatic
**Drive Type:** FWD
**Ext. Color:** Slate Blue Pearlcoat
**Int. Color:** Black
**Mileage:** 51984
**VIN #:** 1C4PJLCB2MD155562
**Stock #:** F9343

| Retail Price: | ~~$22,995~~ |
| Sale Price | $18,484 |
| **YOU SAVE:** | **$4,511** |

**\*Please Note:** We turn our inventory daily, please check with the dealer to confirm vehicle availability.

Source:  https://www.donherring.com/used-Irving-2021-Jeep-Cherokee-Latitude-1C4PJLCB2MD155562

**SAFETY**

- Electronic Stability Control (ESC) And Roll Stability Control (RSC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Blind Spot Detection Blind Spot
- Forward Collision Warning-Plus
- Lane Departure Warning-Plus Lane Keeping Assist
- Lane Departure Warning-Plus Lane Departure Warning
- Collision Mitigation-Front

- Collision Mitigation-Rear
- Tire Specific Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- Airbag Occupancy Sensor
- Driver And Passenger Knee Airbag and Rear Side-Impact Airbag
- Rear Child Safety Locks
- Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
- ParkView Back-Up Camera

Source:  https://www.donherring.com/used-Irving-2021-Jeep-Cherokee-Latitude-1C4PJLCB2MD155562



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

# LANESENSE — IF EQUIPPED

## LaneSense Operation

The LaneSense system is operational at speeds above 37 mph (60 km/h) and below 112 mph (180 km/h). The LaneSense system uses a forward looking camera to detect lane markings and measure vehicle position within the lane boundaries.

When both lane markings are detected and the driver unintentionally drifts out of the lane (no turn signal applied), the LaneSense system provides a haptic warning in the form of torque applied to the steering wheel to prompt the driver to remain within the lane boundaries. If the driver continues to unintentionally drift out

Source:   https://cdn.dealereprocess.org/cdn/servicemanuals/jeep/2021-renegade.pdf,   page   138,   last   accessed   on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Jeep Cherokee Latitude comprises software modules ("plurality of classifiers") as a part of the operating system executing in Jeep Cherokee Latitude that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera, radar, and ultrasonic sensor.<br><br>Further, the software module for each group monitors the environment via sensors to capture and process data and controls the vehicle. The classifier for Group 2 (that is assigned to the camera, radar, and ultrasonic sensor) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from |

| group as the classifier; and | the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to a Jeep Renegade and is applicable to the Jeep Cherokee Latitude. |
|---|---|



LANESENSE® LANE DEPARTURE WARNING WITH LANE KEEP ASSIST    FULL-SPEED FORWARD COLLISION WARNING WITH ACTIVE BRAKING    ADAPTIVE CRUISE CONTROL

**LANESENSE® LANE DEPARTURE WARNING WITH LANE KEEP ASSIST**

Now standard, LaneSense® Lane Departure Warning with Lane Keep Assist◉ measures your position within lane boundaries. If it detects an unintentional lane drift, it will alert you and help course correct your vehicle back into its lane.

Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

# LANESENSE — IF EQUIPPED

## LaneSense Operation

The LaneSense system is operational at speeds above 37 mph (60 km/h) and below 112 mph (180 km/h). The LaneSense system uses a forward looking camera to detect lane markings and measure vehicle position within the lane boundaries.

When both lane markings are detected and the driver unintentionally drifts out of the lane (no turn signal applied), the LaneSense system provides a haptic warning in the form of torque applied to the steering wheel to prompt the driver to remain within the lane boundaries. If the driver continues to unintentionally drift out

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/jeep/2021-renegade.pdf, page 138, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.3] a context detection module configured to: activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Jeep Cherokee Latitude comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path. |
| | Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles |

("evaluate a first context of the mobile device"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Jeep Renegade and is applicable to the Jeep Cherokee Latitude.



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

# LANESENSE — IF EQUIPPED

## LANESENSE OPERATION

The LaneSense system is operational at speeds above 37 mph (60 km/h) and below 112 mph (180 km/h). The LaneSense system uses a forward looking camera to detect lane markings and measure vehicle position within the lane boundaries.

When both lane markings are detected and the driver unintentionally drifts out of the lane (no turn signal applied), the LaneSense system provides a haptic warning in the form of torque applied to the steering wheel to prompt the driver to remain within the lane boundaries. If the driver continues to unintentionally drift out

Source:   https://cdn.dealereprocess.org/cdn/servicemanuals/jeep/2021-renegade.pdf,   page   138,   last   accessed   on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera, radar, and ultrasonic sensor  is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera, radar, and ultrasonic sensor are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Jeep Renegade and is applicable to the Jeep Cherokee Latitude. |



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

# LANESENSE — IF EQUIPPED

## LaneSense Operation

The LaneSense system is operational at speeds above 37 mph (60 km/h) and below 112 mph (180 km/h). The LaneSense system uses a forward looking camera to detect lane markings and measure vehicle position within the lane boundaries.

When both lane markings are detected and the driver unintentionally drifts out of the lane (no turn signal applied), the LaneSense system provides a haptic warning in the form of torque applied to the steering wheel to prompt the driver to remain within the lane boundaries. If the driver continues to unintentionally drift out

Source: https://cdn.dealereprocess.org/cdn/servicemanuals/jeep/2021-renegade.pdf, page 138, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera, radar, and ultrasonic sensor. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of the safety features, upon detection of any hazard or car nearby, the camera, radar, and ultrasonic sensor teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera, radar, and ultrasonic sensor, as a part of the adaptive cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to |

maintain the necessary distance from the vehicle in front of Jeep Cherokee Latitude.  The below information primarily refers to a Jeep Renegade and is applicable to the Jeep Cherokee Latitude.



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

# LANESENSE — IF EQUIPPED

## LANESENSE OPERATION

The LaneSense system is operational at speeds above 37 mph (60 km/h) and below 112 mph (180 km/h). The LaneSense system uses a forward looking camera to detect lane markings and measure vehicle position within the lane boundaries.

When both lane markings are detected and the driver unintentionally drifts out of the lane (no turn signal applied), the LaneSense system provides a haptic warning in the form of torque applied to the steering wheel to prompt the driver to remain within the lane boundaries. If the driver continues to unintentionally drift out

Source:   https://cdn.dealereprocess.org/cdn/servicemanuals/jeep/2021-renegade.pdf,   page   138,   last   accessed   on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021

Source: https://www.jeep.com/renegade/safety-security.html, last accessed on December 27, 2021



Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

**PARKSENSE® REAR PARK ASSIST SYSTEM**¹²
Renegade can help you park and back out with grace. This available system uses rear ultrasonic sensors to determine relative distance. Readouts in the DID notify the driver of rear object proximity.

Source: https://www.jeep.com/assets/pdf/renegade.pdf, page 17, last accessed on December 27, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.