## EXHIBIT L

**UNITED STATES PATENT NO. 9,807,564**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US9807564 | Volkswagen Jetta (The accused instrumentality) |
|---|---|
| [1.1]   A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged | To the extent the preamble is limiting, Don Herring ("Defendant") makes, uses, sells, imports, and offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Volkswagen Jetta[1] ("mobile device").   Volkswagen Jetta is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call.<br><br>For example, Volkswagen Jetta comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for |

---

[1] While Volkswagen Jetta has been used as an exemplary infringing product, cars including but not limited to ID.4, Atlas, Tiguan, Taos, Jetta GLI, Passat, and/or Golf R as well as variants (be it form factor or engine options) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the 2021 Jetta 2.0T SE sold by Don Herring Mitsubishi and other vehicles.

| | |
|---|---|
| according to a hierarchy; | different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. Volkswagen Jetta provides driver assistance technology that comprises features including but not limited to forward collision warning and autonomous emergency braking (front assist), blind spot monitor, rear traffic alert, adaptive cruise control (ACC), and lane keeping system (lane assist).<br><br>For example, Volkswagen Jetta performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding Volkswagen Jetta.<br>3. If Volkswagen Jetta detects, using the camera and radar, that there are objects/vehicles near the Volkswagen Jetta, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.   Since Group 2 is activated after activation of Group 1, the sensors are arranged in a hierarchy. |

# 2021 Volkswagen Jetta SE



**Body Style:** 4dr Car
**Model Code:** BU33MS
**Engine:** Intercooled Turbo
Regular Unleaded I-4 1.4 L/85
**Transmission:** Automatic
**Drive Type:** FWD
**Ext. Color:** Black Uni
**Int. Color:** Titan Black
**Mileage:** 60703
**VIN #:** 3VWC57BUXMM020098
**Stock #:** M8576

| | |
|---|---|
| Retail Price: | ~~$18,995~~ |
| **Sale Price** | **$16,998** |
| **YOU SAVE:** | **$1,997** |

*Please Note:** We turn our inventory daily, please check with the dealer to confirm vehicle availability.

Source:   donherring.com/print-email-vehicledetailsvin.aspx?vin=3VWC57BUXMM020098&type=used&extColorCode=&childId=16077

**SAFETY**

- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Blind Spot Monitor Blind Spot
- Front Assist (Forward Collision Warning and Autonomous Emergency Braking)
- Collision Mitigation-Front
- Collision Mitigation-Rear

- Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- Airbag Occupancy Sensor
- Rear Child Safety Locks
- Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
- Back-Up Camera

Source: donherring.com/print-email-vehicledetailsvin.aspx?vin=3VWC57BUXMM020098&type=used&extColorCode =&childId=16077



# 2021 Jetta

Source:  https://www.vw.com/en/models/Jetta.html?, last accessed on December 22, 2021

## Driver **Assistance**

Driver Assistance features can help give you more confidence on your drive. [8]

**Features**
— Adaptive Cruise Control(ACC)
— Blind Spot Monitor
— Rear Traffic Alert
— Lane Assist
— Front Assist
— Light Assist



Source:  https://www.vw.com/en/models/Jetta.html?, last accessed on December 22, 2021

**Adaptive Cruise Control (ACC)**

Available Adaptive Cruise Control (ACC) helps the vehicle maintain a preset speed and distance from the car in front of you. When activated, if the car in front of you speeds up or slows down, the sensors can detect the change and your car follows suit up to the preset speed and/or preset distance. [1]

Source:                                       https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Lane Assist**

When moving above 37 mph, the available Lane Keeping System (Lane Assist) can sense if you start to drift into another lane without using the turn signal. Within the limits of the system, Lane Assist can help keep you in the current lane when lane markings are detected. [1]

Source:                                       https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Front Assist**

The available Forward Collision Warning (included in Front Assist) system can help monitor traffic and can alert you acoustically and visually to a potential rear-end collision with the vehicle moving ahead. If it senses that a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can support the driver with increased brake pressure or, if the driver does not react at all, it can apply the brakes automatically. [1]

Source:                                       https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

Adaptive Cruise Control (ACC), standard on SEL and SEL Premium models, uses a forward facing radar to maintain a set speed while helping maintain a set distance to the vehicle in front. The driver sets the speed and the desired spacing via buttons on the multifunction steering wheel and can further use those buttons to adjust and cancel the ACC function while the accelerator can be used to override the ACC function. Pressing the brakes always cancels the ACC function. All ACC-related system messages appear in the central multifunction display.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 11 last accessed on December 22, 2021

**Driver-Assistance Technology**
To meet the demands of American drivers, the 2021 Jetta offers a comprehensive suite of driver-assistance technology. Available features include: Forward Collision Warning and Autonomous Emergency Braking (Front Assist); Blind Spot Monitor; Rear Traffic Alert; Adaptive Cruise Control (ACC); Lane Keeping System (Lane Assist); and High Beam Control (Light Assist).

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 10 last accessed on December 22, 2021

Lane Keeping System (Lane Assist) is standard on SEL and SEL Premium models. When driving above 40 mph, if the system's camera recognizes visible lane markings and, using a special algorithm, calculates that the vehicle is unintentionally straying from its lane without using a turn signal, Lane Assist actively countersteers to help keep the vehicle in the lane. If the driver takes his or her hands off the wheel for a defined period of time, the system provides an audible warning and a visual signal in the instrument cluster, asking the driver to take over.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 12 last accessed on December 22, 2021



## Front Assist

An available Forward Collision Warning system (included in Front Assist) has sensors in the front to help monitor traffic and can alert you to a potential collision. If a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can help brake the car automatically.

*Available on: Golf, Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, Beetle, Beetle Convertible, e-Golf, Golf Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



## Adaptive Cruise Control

Available Adaptive Cruise Control (ACC) helps maintain a fixed preset distance from the car in front of you. If the car in front of you speeds up or slows down, the sensors detect the change and your car will respond accordingly.

*Available on: Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, e-Golf, Golf, Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Volkswagen Jetta comprises software modules ("plurality of classifiers") as a part of the operating system executing in Volkswagen Jetta that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar. |

| the same sensor group as the classifier; and | Further, the software module for each group monitors the environment via sensors to capture and process data and controls the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). |
|---|---|

Driver **Assistance**

Driver Assistance features can help give you more confidence on your drive. [8]

**Features**
— Adaptive Cruise Control(ACC)
— Blind Spot Monitor
— Rear Traffic Alert
— Lane Assist
— Front Assist
— Light Assist



Source:  https://www.vw.com/en/models/Jetta.html?, last accessed on December 22, 2021

**Adaptive Cruise Control (ACC)**

Available Adaptive Cruise Control (ACC) helps the vehicle maintain a preset speed and distance from the car in front of you. When activated, if the car in front of you speeds up or slows down, the sensors can detect the change and your car follows suit up to the preset speed and/or preset distance. [1]

Source:                     https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Lane Assist**

When moving above 37 mph, the available Lane Keeping System (Lane Assist) can sense if you start to drift into another lane without using the turn signal. Within the limits of the system, Lane Assist can help keep you in the current lane when lane markings are detected. [1]

Source:                    https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Front Assist**

The available Forward Collision Warning (included in Front Assist) system can help monitor traffic and can alert you acoustically and visually to a potential rear-end collision with the vehicle moving ahead. If it senses that a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can support the driver with increased brake pressure or, if the driver does not react at all, it can apply the brakes automatically. [1]

Source:                    https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

Adaptive Cruise Control (ACC), standard on SEL and SEL Premium models, uses a forward facing radar to maintain a set speed while helping maintain a set distance to the vehicle in front. The driver sets the speed and the desired spacing via buttons on the multifunction steering wheel and can further use those buttons to adjust and cancel the ACC function while the accelerator can be used to override the ACC function. Pressing the brakes always cancels the ACC function. All ACC-related system messages appear in the central multifunction display.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 11 last accessed on December 22, 2021

**Driver-Assistance Technology**

To meet the demands of American drivers, the 2021 Jetta offers a comprehensive suite of driver-assistance technology. Available features include: Forward Collision Warning and Autonomous Emergency Braking (Front Assist); Blind Spot Monitor; Rear Traffic Alert; Adaptive Cruise Control (ACC); Lane Keeping System (Lane Assist); and High Beam Control (Light Assist).

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 10 last accessed on December 22, 2021

Lane Keeping System (Lane Assist) is standard on SEL and SEL Premium models. When driving above 40 mph, if the system's camera recognizes visible lane markings and, using a special algorithm, calculates that the vehicle is unintentionally straying from its lane without using a turn signal, Lane Assist actively countersteers to help keep the vehicle in the lane. If the driver takes his or her hands off the wheel for a defined period of time, the system provides an audible warning and a visual signal in the instrument cluster, asking the driver to take over.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 12 last accessed on December 22, 2021



## Front Assist

An available Forward Collision Warning system (included in Front Assist) has sensors in the front to help monitor traffic and can alert you to a potential collision. If a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can help brake the car automatically.

*Available on: Golf, Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, Beetle, Beetle Convertible, e-Golf, Golf Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



## Adaptive Cruise Control

Available Adaptive Cruise Control (ACC) helps maintain a
fixed preset distance from the car in front of you. If the
car in front of you speeds up or slows down, the sensors
detect the change and your car will respond
accordingly.

*Available on: Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, e-Golf,
Golf, Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.3] a context detection module configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Volkswagen Jetta comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed |

| | |
|---|---|
| lowest level in the hierarchy; | sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. |

## Driver **Assistance**

Driver Assistance features can help give you more confidence on your drive. [8]



**Features**
— Adaptive Cruise Control(ACC)
— Blind Spot Monitor
— Rear Traffic Alert
— Lane Assist
— Front Assist
— Light Assist

Source:  https://www.vw.com/en/models/Jetta.html?, last accessed on December 22, 2021

**Adaptive Cruise Control (ACC)**

Available Adaptive Cruise Control (ACC) helps the vehicle maintain a preset speed and distance from the car in front of you. When activated, if the car in front of you speeds up or slows down, the sensors can detect the change and your car follows suit up to the preset speed and/or preset distance. [1]

Source:                    https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Lane Assist**

When moving above 37 mph, the available Lane Keeping System (Lane Assist) can sense if you start to drift into another lane without using the turn signal. Within the limits of the system, Lane Assist can help keep you in the current lane when lane markings are detected.[1]

Source: https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Front Assist**

The available Forward Collision Warning (included in Front Assist) system can help monitor traffic and can alert you acoustically and visually to a potential rear-end collision with the vehicle moving ahead. If it senses that a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can support the driver with increased brake pressure or, if the driver does not react at all, it can apply the brakes automatically.[1]

Source: https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

Adaptive Cruise Control (ACC), standard on SEL and SEL Premium models, uses a forward facing radar to maintain a set speed while helping maintain a set distance to the vehicle in front. The driver sets the speed and the desired spacing via buttons on the multifunction steering wheel and can further use those buttons to adjust and cancel the ACC function while the accelerator can be used to override the ACC function. Pressing the brakes always cancels the ACC function. All ACC-related system messages appear in the central multifunction display.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 11 last accessed on December 22, 2021

**Driver-Assistance Technology**

To meet the demands of American drivers, the 2021 Jetta offers a comprehensive suite of driver-assistance technology. Available features include: Forward Collision Warning and Autonomous Emergency Braking (Front Assist); Blind Spot Monitor; Rear Traffic Alert; Adaptive Cruise Control (ACC); Lane Keeping System (Lane Assist); and High Beam Control (Light Assist).

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 10 last accessed on December 22, 2021

Lane Keeping System (Lane Assist) is standard on SEL and SEL Premium models. When driving above 40 mph, if the system's camera recognizes visible lane markings and, using a special algorithm, calculates that the vehicle is unintentionally straying from its lane without using a turn signal, Lane Assist actively countersteers to help keep the vehicle in the lane. If the driver takes his or her hands off the wheel for a defined period of time, the system provides an audible warning and a visual signal in the instrument cluster, asking the driver to take over.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 12 last accessed on December 22, 2021



## Front Assist

An available Forward Collision Warning system (included in Front Assist) has sensors in the front to help monitor traffic and can alert you to a potential collision. If a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can help brake the car automatically.

*Available on: Golf, Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, Beetle, Beetle Convertible, e-Golf, Golf Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



## Adaptive Cruise Control

Available Adaptive Cruise Control (ACC) helps maintain a fixed preset distance from the car in front of you. If the car in front of you speeds up or slows down, the sensors detect the change and your car will respond accordingly.

*Available on: Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, e-Golf, Golf, Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and |

radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar.

## Driver **Assistance**

Driver Assistance features can help give you more confidence on your drive. [8]



**Features**
— Adaptive Cruise Control(ACC)
— Blind Spot Monitor
— Rear Traffic Alert
— Lane Assist
— Front Assist
— Light Assist

Source:  https://www.vw.com/en/models/Jetta.html?, last accessed on December 22, 2021

**Adaptive Cruise Control (ACC)**

Available Adaptive Cruise Control (ACC) helps the vehicle maintain a preset speed and distance from the car in front of you. When activated, if the car in front of you speeds up or slows down, the sensors can detect the change and your car follows suit up to the preset speed and/or preset distance. [1]

Source:                     https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Lane Assist**

When moving above 37 mph, the available Lane Keeping System (Lane Assist) can sense if you start to drift into another lane without using the turn signal. Within the limits of the system, Lane Assist can help keep you in the current lane when lane markings are detected. [1]

Source: https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Front Assist**

The available Forward Collision Warning (included in Front Assist) system can help monitor traffic and can alert you acoustically and visually to a potential rear-end collision with the vehicle moving ahead. If it senses that a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can support the driver with increased brake pressure or, if the driver does not react at all, it can apply the brakes automatically. [1]

Source: https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

Adaptive Cruise Control (ACC), standard on SEL and SEL Premium models, uses a forward facing radar to maintain a set speed while helping maintain a set distance to the vehicle in front. The driver sets the speed and the desired spacing via buttons on the multifunction steering wheel and can further use those buttons to adjust and cancel the ACC function while the accelerator can be used to override the ACC function. Pressing the brakes always cancels the ACC function. All ACC-related system messages appear in the central multifunction display.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 11 last accessed on December 22, 2021

**Driver-Assistance Technology**

To meet the demands of American drivers, the 2021 Jetta offers a comprehensive suite of driver-assistance technology. Available features include: Forward Collision Warning and Autonomous Emergency Braking (Front Assist); Blind Spot Monitor; Rear Traffic Alert; Adaptive Cruise Control (ACC); Lane Keeping System (Lane Assist); and High Beam Control (Light Assist).

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 10 last accessed on December 22, 2021

Lane Keeping System (Lane Assist) is standard on SEL and SEL Premium models. When driving above 40 mph, if the system's camera recognizes visible lane markings and, using a special algorithm, calculates that the vehicle is unintentionally straying from its lane without using a turn signal, Lane Assist actively countersteers to help keep the vehicle in the lane. If the driver takes his or her hands off the wheel for a defined period of time, the system provides an audible warning and a visual signal in the instrument cluster, asking the driver to take over.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 12 last accessed on December 22, 2021



## Front Assist

An available Forward Collision Warning system (included in Front Assist) has sensors in the front to help monitor traffic and can alert you to a potential collision. If a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can help brake the car automatically.

*Available on: Golf, Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, Beetle, Beetle Convertible, e-Golf, Golf Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



## Adaptive Cruise Control

Available Adaptive Cruise Control (ACC) helps maintain a fixed preset distance from the car in front of you. If the car in front of you speeds up or slows down, the sensors detect the change and your car will respond accordingly.

*Available on: Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, e-Golf, Golf, Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car. |

For example, as a part of the driver assistance technology, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of adaptive cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of Volkswagen Jetta.

## Driver **Assistance**

Driver Assistance features can help give you more confidence
on your drive. [8]

**Features**
— Adaptive Cruise Control(ACC)
— Blind Spot Monitor
— Rear Traffic Alert
— Lane Assist
— Front Assist
— Light Assist



Source:  https://www.vw.com/en/models/Jetta.html?, last accessed on December 22, 2021

**Adaptive Cruise Control (ACC)**

Available Adaptive Cruise Control (ACC) helps the vehicle maintain a preset speed and distance from the car
in front of you. When activated, if the car in front of you speeds up or slows down, the sensors can detect the
change and your car follows suit up to the preset speed and/or preset distance. [1]

Source:                    https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Lane Assist**

When moving above 37 mph, the available Lane Keeping System (Lane Assist) can sense if you start to drift
into another lane without using the turn signal. Within the limits of the system, Lane Assist can help keep
you in the current lane when lane markings are detected. [1]

Source: https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

**Front Assist**

The available Forward Collision Warning (included in Front Assist) system can help monitor traffic and can
alert you acoustically and visually to a potential rear-end collision with the vehicle moving ahead. If it senses
that a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can support the driver
with increased brake pressure or, if the driver does not react at all, it can apply the brakes automatically. [1]

Source: https://www.vw.com/en/models/Jetta.html/__layer/layers/showrooms/Jetta/_2021/driver-assistance/master.layer?, last accessed on December 22, 2021

Adaptive Cruise Control (ACC), standard on SEL and SEL Premium models, uses a forward
facing radar to maintain a set speed while helping maintain a set distance to the vehicle
in front. The driver sets the speed and the desired spacing via buttons on the
multifunction steering wheel and can further use those buttons to adjust and cancel the
ACC function while the accelerator can be used to override the ACC function. Pressing the
brakes always cancels the ACC function. All ACC-related system messages appear in the
central multifunction display.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 11 last accessed on
December 22, 2021

**Driver-Assistance Technology**

To meet the demands of American drivers, the 2021 Jetta offers a comprehensive suite of driver-assistance technology. Available features include: Forward Collision Warning and Autonomous Emergency Braking (Front Assist); Blind Spot Monitor; Rear Traffic Alert; Adaptive Cruise Control (ACC); Lane Keeping System (Lane Assist); and High Beam Control (Light Assist).

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 10 last accessed on December 22, 2021

Lane Keeping System (Lane Assist) is standard on SEL and SEL Premium models. When driving above 40 mph, if the system's camera recognizes visible lane markings and, using a special algorithm, calculates that the vehicle is unintentionally straying from its lane without using a turn signal, Lane Assist actively countersteers to help keep the vehicle in the lane. If the driver takes his or her hands off the wheel for a defined period of time, the system provides an audible warning and a visual signal in the instrument cluster, asking the driver to take over.

Source: https://media.vw.com/assets/documents/original/12387-2021JettaReleaseFINAL.pdf, page 12 last accessed on December 22, 2021



## Front Assist

An available Forward Collision Warning system (included in Front Assist) has sensors in the front to help monitor traffic and can alert you to a potential collision. If a collision is imminent, Autonomous Emergency Braking (included in Front Assist) can help brake the car automatically.

*Available on: Golf, Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, Beetle, Beetle Convertible, e-Golf, Golf Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



## Adaptive Cruise Control

Available Adaptive Cruise Control (ACC) helps maintain a fixed preset distance from the car in front of you. If the car in front of you speeds up or slows down, the sensors detect the change and your car will respond accordingly.

*Available on: Golf GTI, Golf R, Golf SportWagen, Jetta, Touareg, Passat, CC, e-Golf, Golf, Alltrack, and Atlas*

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021



**Lane Assist**

When in motion, the available Lane Departure Warning (Lane Assist) can sense if you start to drift into another lane without using the turn signal. On most models, Lane Assist will help steer to help keep you in the correct lane and maintain your lane position.

Source: https://www.vwannarbor.com/driver-assistance-features.html, last accessed on December 22, 2021

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.