<u>EXHIBIT S</u>

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | Toyota Rav4 (The accused instrumentality) |
|---|---|
| [1.1]   A   mobile device, comprising:<br><br>a   plurality   of sensors   and   a plurality of sensor groups,     wherein each  of  the  sensor groups  is  assigned at least one of the sensors,     and wherein the sensor groups are arranged | To the extent the preamble is limiting, Don Herring ("Defendant") uses, sells, imports, and offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Toyota Rav4[1] ("mobile device").   Toyota Rav4 is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call.<br><br>For example, the Toyota Rav4 comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for |

[1] While Toyota Rav4 has been used as an exemplary infringing product, cars including but not limited to Toyota Corolla, Toyota Camry, Toyota Avalon, Toyota Mirai, Toyota Sienna, Toyota Tacoma, Toyota Tundra, Toyota C-HR, Toyota RAV4, Toyota Venza, Toyota Highlander, Toyota 4Runner, and/or Toyota Sequoia as well as variants (be it form factor or engine options) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| | |
|---|---|
| according to a hierarchy; and | different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. Toyota Rav4 provides Toyota Safety Sense 2.0 (or TSS-C, TSS-P, TSS 2.5, and TSS 2.5+ depending upon the variant of the vehicle) that comprises features including but not limited to pre-collision system with pedestrian detection, dynamic radar cruise control, lane departure alert with steering assist, and lane tracing assist.  The below information primarily refers to a Toyota Prius and is applicable to the Toyota Rav4 XLE.<br><br>For example, Toyota Rav4 performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding Toyota Rav4.<br>3. If Toyota Rav4 detects, using the camera and radar, that there are objects/vehicles near the Toyota Rav4, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.  Since Group 2 is activated after activation of the Group 1, the sensors are arranged in a hierarchy. |

# Don Herring Irving Mitsubishi

2901 W Airport Fwy
Irving, TX 75062
https://www.donherringirving.com

**Sales: 4697012016**
**Service: 4692759369**

# 2021 Toyota RAV4 XLE Premium



**Body Style:** Sport Utility
**Model Code:** 4477
**Engine:** Regular Unleaded I-4 2.5 L/152
**Transmission:** Automatic
**Drive Type:** FWD
**Ext. Color:** Black
**Int. Color:**
**Mileage:** 72981
**VIN #:** 2T3C1RFVXMC091024
**Stock #:** F9376

| Retail Price: | ~~$27,995~~ |
| Sale Price | $24,024 |
| **YOU SAVE:** | **$3,971** |

*Please Note*: We turn our inventory daily, please check with the dealer to confirm vehicle availability.

Delivers 35 Highway MPG and 28 City MPG! This Toyota RAV4 boasts a Regular Unleaded I-4 2.5 L/152 engine powering this Automatic transmission. Wheels: 19 Multi-Spoke Super Chrome Alloy, Variable Intermittent Wipers, Trunk/Hatch Auto-Latch.*This Toyota RAV4 Comes Equipped with These Options *Trip Computer, Transmission: 8-Speed Automatic, Transmission w/Driver Selectable Mode, Sequential Shift Control and Oil Cooler, Toyota Safety Sense (TSS) 2.0 and Rear Cross-Traffic Alert (RCTA), Towing Equipment -inc: Trailer Sway Control, Tires:

Source:  https://www.donherring.com/used-Irving-2021-Toyota-RAV4-XLE+Premium-2T3C1RFVXMC091024

**SAFETY**

- Lane Tracing Assist (LTA)
- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Emergency Sos
- Collision Mitigation–Front
- Blind Spot
- Toyota Safety Sense (TSS) 2.0 and Rear Cross-Traffic Alert (RCTA)

- Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- Airbag Occupancy Sensor
- Driver Knee Airbag and Passenger Cushion Front Airbag
- Rear Child Safety Locks
- Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
- Back-Up Camera

Source: https://www.donherring.com/used-Irving-2021-Toyota-RAV4-XLE+Premium-2T3C1RFVXMC091024



Source: https://www.toyota.com/prius/, last accessed on March 04, 2022



**Toyota Safety Sense™: The Standard for Safety**

Packed with active safety features, Toyota Safety Sense™ (TSS) [169] is designed to help protect you and your passengers, and comes standard on many new Toyotas. Scroll down to see TSS in action.

Source: https://www.toyota.com/safety-sense/, last accessed on March 04, 2022



Source: https://www.toyota.com/prius/prius-features/toyota-safety-sense-20-tss-20, last accessed on March 04, 2022

# Pre-Collision System with Pedestrian Detection

The Pre-Collision System with Pedestrian Detection (PCS w/PD) [167] can help mitigate or avoid impact with a vehicle or pedestrian in certain situations. Using a camera and radar, PCS w/PD provides both audio and visual alerts, and if you don't react, the system is designed to brake automatically.

Feature availability may vary by vehicle and/or vehicle trim.

## Bicyclist Detection

During daylight conditions, the in-vehicle camera and a radar sensor or a laser sensor work together to help detect a bicyclist ahead and will prompt you to take action using audio and visual warnings if a collision is likely.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

# Dynamic Radar Cruise Control (DRCC) or Full-Speed Range DRCC

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [163] and Full-Speed Range DRCC [161] [157] [160] let you drive at a preset speed. They also use vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 0:08), last accessed on March 04, 2022

# Lane Departure Alert with Steering Assist

When detecting white or yellow lane markings, Lane Departure Alert with Steering Assist (LDA w/SA) [164] is designed to issue an audio/visual warning if it detects an inadvertent lane departure. The system is also designed to provide gentle corrective steering if the driver does not take corrective action.

Feature availability may vary by vehicle and/or vehicle trim.

## Road Edge Detection

Road Edge Detection [160] scans for the boundary between asphalt and the side of the road, such as grass, soil or a curb, and helps keep drivers in their desired lane. If the system determines that the driver is not taking corrective steering action, the Steering Assist function [164] [160] will initiate and provide gentle corrective steering to help keep your Toyota in the lane.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 1:25), last accessed on March 04, 2022

| | |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) [163] is enabled and lane markers are detectable, Lane Tracing Assist (LTA) [168] uses preceding vehicles and/or the lines on the road to help you stay centered in your lane.<br><br>Feature availability may vary by vehicle and/or vehicle trim. Available on TSS 2.0, TSS 2.5 and TSS 2.5+ equipped vehicles.<br><br>Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Toyota Rav4 comprises software modules ("plurality of classifiers") as a part of the operating system executing in Toyota Rav4 that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment using to capture and process data and controls the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle |

relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to a Toyota Prius and is applicable to the Toyota Rav4 XLE.

# Pre-Collision System with Pedestrian Detection

The Pre-Collision System with Pedestrian Detection (PCS w/PD) [167] can help mitigate or avoid impact with a vehicle or pedestrian in certain situations. Using a camera and radar, PCS w/PD provides both audio and visual alerts, and if you don't react, the system is designed to brake automatically.

Feature availability may vary by vehicle and/or vehicle trim.

## Bicyclist Detection

During daylight conditions, the in-vehicle camera and a radar sensor or a laser sensor work together to help detect a bicyclist ahead and will prompt you to take action using audio and visual warnings if a collision is likely.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

# Dynamic Radar Cruise Control (DRCC) or Full-Speed Range DRCC

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [163] and Full-Speed Range DRCC [161] [157] [160] let you drive at a preset speed. They also use vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 0:08), last accessed on March 04, 2022

# Lane Departure Alert with Steering Assist

When detecting white or yellow lane markings, Lane Departure Alert with Steering Assist (LDA w/SA) [164] is designed to issue an audio/visual warning if it detects an inadvertent lane departure. The system is also designed to provide gentle corrective steering if the driver does not take corrective action.

Feature availability may vary by vehicle and/or vehicle trim.

## Road Edge Detection

Road Edge Detection [160] scans for the boundary between asphalt and the side of the road, such as grass, soil or a curb, and helps keep drivers in their desired lane. If the system determines that the driver is not taking corrective steering action, the Steering Assist function [164] [160] will initiate and provide gentle corrective steering to help keep your Toyota in the lane.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 1:25), last accessed on March 04, 2022

| | |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) [163] is enabled and lane markers are detectable, Lane Tracing Assist (LTA) [168] uses preceding vehicles and/or the lines on the road to help you stay centered in your lane.<br><br>Feature availability may vary by vehicle and/or vehicle trim. Available on TSS 2.0, TSS 2.5 and TSS. 2.5+ equipped vehicles.<br><br>Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Toyota Rav4 comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are |

activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Toyota Prius and is applicable to the Toyota Rav4 XLE.

# Pre-Collision System with Pedestrian Detection

The Pre-Collision System with Pedestrian Detection (PCS w/PD) [167] can help mitigate or avoid impact with a vehicle or pedestrian in certain situations. Using a camera and radar, PCS w/PD provides both audio and visual alerts, and if you don't react, the system is designed to brake automatically.

Feature availability may vary by vehicle and/or vehicle trim.

## Bicyclist Detection

During daylight conditions, the in-vehicle camera and a radar sensor or a laser sensor work together to help detect a bicyclist ahead and will prompt you to take action using audio and visual warnings if a collision is likely.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

# Dynamic Radar Cruise Control (DRCC) or Full-Speed Range DRCC

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [163] and Full-Speed Range DRCC [161] [157] [160] let you drive at a preset speed. They also use vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 0:08), last accessed on March 04, 2022

# Lane Departure Alert with Steering Assist

When detecting white or yellow lane markings, Lane Departure Alert with Steering Assist (LDA w/SA) [164] is designed to issue an audio/visual warning if it detects an inadvertent lane departure. The system is also designed to provide gentle corrective steering if the driver does not take corrective action.

Feature availability may vary by vehicle and/or vehicle trim.

## Road Edge Detection

Road Edge Detection [160] scans for the boundary between asphalt and the side of the road, such as grass, soil or a curb, and helps keep drivers in their desired lane. If the system determines that the driver is not taking corrective steering action, the Steering Assist function [164] [160] will initiate and provide gentle corrective steering to help keep your Toyota in the lane.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 1:25), last accessed on March 04, 2022

<table>
<tr>
<td></td>
<td>

# Lane Tracing Assist

When Dynamic Radar Cruise Control (DRCC) [163] is enabled and lane markers are detectable, Lane Tracing Assist (LTA) [168] uses preceding vehicles and/or the lines on the road to help you stay centered in your lane.

Feature availability may vary by vehicle and/or vehicle trim. Available on TSS 2.0, TSS 2.5 and TSS 2.5+ equipped vehicles.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and

</td>
<td>

Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a Toyota Prius and is applicable to the Toyota Rav4 XLE.

</td>
</tr>
</table>

# Pre-Collision System with Pedestrian Detection

The Pre-Collision System with Pedestrian Detection (PCS w/PD) [167] can help mitigate or avoid impact with a vehicle or pedestrian in certain situations. Using a camera and radar, PCS w/PD provides both audio and visual alerts, and if you don't react, the system is designed to brake automatically.

Feature availability may vary by vehicle and/or vehicle trim.

## Bicyclist Detection

During daylight conditions, the in-vehicle camera and a radar sensor or a laser sensor work together to help detect a bicyclist ahead and will prompt you to take action using audio and visual warnings if a collision is likely.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

# Dynamic Radar Cruise Control (DRCC) or Full-Speed Range DRCC

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [163] and Full-Speed Range DRCC [161] [157] [160] let you drive at a preset speed. They also use vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 0:08), last accessed on March 04, 2022

# Lane Departure Alert with Steering Assist

When detecting white or yellow lane markings, Lane Departure Alert with Steering Assist (LDA w/SA) [164] is designed to issue an audio/visual warning if it detects an inadvertent lane departure. The system is also designed to provide gentle corrective steering if the driver does not take corrective action.

Feature availability may vary by vehicle and/or vehicle trim.

## Road Edge Detection

Road Edge Detection [160] scans for the boundary between asphalt and the side of the road, such as grass, soil or a curb, and helps keep drivers in their desired lane. If the system determines that the driver is not taking corrective steering action, the Steering Assist function [164] [160] will initiate and provide gentle corrective steering to help keep your Toyota in the lane.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 1:25), last accessed on March 04, 2022

| | |
|---|---|
| | ## Lane Tracing Assist<br><br>When Dynamic Radar Cruise Control (DRCC) [163] is enabled and lane markers are detectable, Lane Tracing Assist (LTA) [168] uses preceding vehicles and/or the lines on the road to help you stay centered in your lane.<br><br>Feature availability may vary by vehicle and/or vehicle trim. Available on TSS 2.0, TSS 2.5 and TSS. 2.5+ equipped vehicles.<br><br>Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Toyota Safety Sense, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance |

from the vehicle in front of Toyota Rav4.  The below information primarily refers to a Toyota Prius and is applicable to the Toyota Rav4 XLE.

# Pre-Collision System with Pedestrian Detection

The Pre-Collision System with Pedestrian Detection (PCS w/PD) [167] can help mitigate or avoid impact with a vehicle or pedestrian in certain situations. Using a camera and radar, PCS w/PD provides both audio and visual alerts, and if you don't react, the system is designed to brake automatically.

Feature availability may vary by vehicle and/or vehicle trim.

## Bicyclist Detection

During daylight conditions, the in-vehicle camera and a radar sensor or a laser sensor work together to help detect a bicyclist ahead and will prompt you to take action using audio and visual warnings if a collision is likely.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

# Dynamic Radar Cruise Control (DRCC) or Full-Speed Range DRCC

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [163] and Full-Speed Range DRCC [161] [157] [160] let you drive at a preset speed. They also use vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

Feature availability may vary by vehicle and/or vehicle trim.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 0:08), last accessed on March 04, 2022

## Lane Departure Alert with Steering Assist

When detecting white or yellow lane markings, Lane Departure Alert with Steering Assist (LDA w/SA) [164] is designed to issue an audio/visual warning if it detects an inadvertent lane departure. The system is also designed to provide gentle corrective steering if the driver does not take corrective action.

Feature availability may vary by vehicle and/or vehicle trim.

## Road Edge Detection

Road Edge Detection [160] scans for the boundary between asphalt and the side of the road, such as grass, soil or a curb, and helps keep drivers in their desired lane. If the system determines that the driver is not taking corrective steering action, the Steering Assist function [164] [160] will initiate and provide gentle corrective steering to help keep your Toyota in the lane.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022



Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd (at 1:25), last accessed on March 04, 2022

## Lane Tracing Assist

When Dynamic Radar Cruise Control (DRCC) [163] is enabled and lane markers are detectable, Lane Tracing Assist (LTA) [168] uses preceding vehicles and/or the lines on the road to help you stay centered in your lane.

Feature availability may vary by vehicle and/or vehicle trim. Available on TSS 2.0, TSS 2.5 and TSS. 2.5+ equipped vehicles.

Source: https://www.toyota.com/safety-sense/section/discover/feature/pcspd, last accessed on March 04, 2022

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.