## EXHIBIT U

### UNITED STATES PATENT NO. 11,057,738
### CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US11057738 | Kia Forte LXS (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of | To the extent the preamble is limiting, Don Herring ("Defendant") makes, uses, sells, imports, and/or offers for sale a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the plurality of sensor groups are arranged hierarchically.<br><br>For example, Defendant provides Kia Forte LXS[1] ("mobile device"). Kia Forte LXS is a mobile device or acts equivalent to a mobile device since it is equipped with at least a display, processor, memory, peripheral components such as camera, microphone, wireless antenna, and speakers, and operating system, firmware, and software capabilities to show useful information, such as suggested destinations, upcoming appointments, weather conditions, sending and receiving a call.<br><br>For example, Kia Forte LXS comprises sensors including, but not limited to, camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor can be seen as a part of a sensor group. As an example, the steering sensor, braking sensor, and speed sensor may belong to a first sensor group. The camera and radar may belong to a second sensor group. Kia Forte LXS provides safety and security features including, but not limited to, auto emergency |

---

[1] While Kia Forte GT Manual has been used as an exemplary infringing product, cars including but not limited to Kia Telluride, Kia Seltos, Kia K5, Kia Stinger, Kia Soul, Kia Niro, Kia Sorento, Kia Carnival MPV, Kia Rio, and/or Kia Sportage as well as variants (be it form factor or engine options) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| | |
|---|---|
| the sensors, and wherein the plurality of sensor groups are arranged hierarchically; and | braking technology, lane keeping assist, lane following assist, rear occupant alert, and driver attention warning. The below information primarily refers to a Kia GT Manual and is applicable to the Kia Forte LXS.<br><br>For example, Kia Forte LXS performs the following steps:<br><br>1. Initially, the steering sensor, braking sensor and speed sensor are activated to measure and control at least the vehicle's speed, braking, and steering.<br>2. Next, the camera and radar are activated to monitor the objects (including, but not limited to, vehicles, roads, and trees) in the surroundings.<br>3. If Kia Forte LXS detects objects/vehicles based on output from camera and/or radar, the steering sensor, braking sensor, and speed sensor are operated in accordance with the output such that the vehicle avoids collision either by braking, maintaining the lane or changing the lane.<br><br>For example, the first sensor group comprising the steering sensor, braking sensor, and/or speed sensor is activated first and the second sensor group comprising the camera and/or radar is activated second. Since the second sensor group is activated after activation of the first sensor group, the sensors are arranged in a hierarchy. |

# Don Herring Mitsubishi

3520 S. Marvin D. Love Fwy
Dallas, TX 75224
https://www.donherringdallas.com

**Sales: 4695072505**
**Service: 4696567215**

# 2022 Kia Forte LXS



**Body Style:** 4dr Car
**Model Code:** C3422
**Engine:** Regular Unleaded I-4 2.0
L/122
**Transmission:** Variable
**Drive Type:** FWD
**Ext. Color:** Steel Gray
**Int. Color:** Black
**Mileage:** 12548
**VIN #:** 3KPF24AD1NE475054
**Stock #:** M8582

| Retail Price: | ~~$19,995~~ |
| --- | --- |
| **Sale Price** | **$19,495** |
| **YOU SAVE:** | **$500** |

*Please Note:* We turn our inventory daily,
please check with the dealer to confirm
vehicle availability.

LKS Trim, All the safety technology. Only 12,548 Miles! Delivers 39 Highway MPG and 29 City MPG! This Kia
Forte delivers a Regular Unleaded I-4 2.0 L/122 engine powering this Variable transmission. STEEL GRAY, LXS
TECHNOLOGY PACKAGE -inc: Blind-Spot Collision Avoidance (BCA), Rear Cross-Traffic Collision Avoidance
(RCCA), Safe Exit Warning (SEW), Heated Outside Mirrors, BLACK, CLOTH SEAT TRIM.*This Kia Forte Features
Source:  https://www.donherring.com/used-Dallas-2022-Kia-Forte-LXS-3KPF24AD1NE475054

**SAFETY**

- Lane Following Assist (LFA)
- Electronic Stability Control (ESC)
- ABS And Driveline Traction Control
- Side Impact Beams
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Forward Collision–Avoidance Assist (FCA)
- Lane Departure Warning (LDW) Lane Keeping Assist
- Lane Departure Warning (LDW) Lane Departure Warning

- Collision Mitigation-Front
- Driver Monitoring–Alert
- Tire Specific Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- Airbag Occupancy Sensor
- Rear Child Safety Locks
- Outboard Front Lap And Shoulder Safety Belts - inc: Rear Center 3 Point, Height Adjusters and Pretensioners
- Back-Up Camera

Source: https://www.donherring.com/used-Dallas-2022-Kia-Forte-LXS-3KPF24AD1NE475054

# 2023 Forte LX

$19,490 starting MSRP*



Height 56.5 in

Length 182.7 in

Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023

**Kia Drive Wise Driver Assist Technology**

Auto Emergency Braking Technology

Lane Following Assist

Lane Keeping Assist

Driver Attention Warning

Rear Occupant Alert

Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023

The "Kia Drive Wise" suite of advanced driving features includes technologies that help create a safer driving experience in a variety of everyday situations. These Advanced Driver Assistance Systems come to the aid of drivers whether they are backing out of a tight parking spot and need an extra set of "eyes" in the back or need a clearer view of that pesky blind spot to avoid a potential collision.

Read on to find out more about what each of these safety features does to protect the driver and all passengers. Every Kia vehicle, depending on model and trim level, will come with a variety of these safety features, but it helps to know what each one does to determine if you would like that extra level of protection for your Kia vehicle.

**Forward Collision-Avoidance Assist (FCA):** Uses automatic braking to avoid or lessen the effects of a collision if a pedestrian or vehicle is detected in front.

**Blind-Spot Avoidance Assist (BCA):** When a vehicle is detected in the blind spot, the BCA brakes the outer wheel under certain conditions to help it return to its lane.

**Rear Cross-Traffic Collision Avoidance Assist (RCCA):** When in reverse, detects most approaching cross traffic and can alert the driver and apply the brakes.

**Parking Distance Warning-Reverse (PDW-R):** Issues an audible alert when an object is detected behind the vehicle with increased chiming as the vehicle gets closer to the object.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

**Lane Keeping Assist System (LKAS) with Lane Following Assist (LFA):** Gives steering inputs that help the driver keep the vehicle in the center of the lane and includes another feature, **Lane Departure Warning (LDW),** that gives an audible alert if the vehicle drifts from this lane.

**High Beam Assist (HBA):** Automatically switches off the high-beam lights when oncoming traffic is detected, then turns them back on once the traffic has passed.

**Driver Attention Warning (DAW):** Alerts the driver with an audible/visual warning when inattentive driving patterns are sensed.

**Blind-Spot View Monitor (BVM):** When the turn signal is activated, get a live video view in the instrument cluster of adjacent lanes.

**Forward Collision-Avoidance Assist-Cyclist (FCA-Cyclist):** Helps detect cyclists in front of the vehicle and when necessary, uses automatic braking to avoid or lessen the severity of a collision.

**Highway Driving Assist (HDA):** Using federal highway speed limit information from the navigation system, this feature can adjust to meet the speed limit accordingly while also keeping a safe distance from the vehicle detected in front.

**Navigation Based Smart Cruise Control-Curve (NSCC-C):** Uses the navigation system to lower the vehicle's speed proactively before upcoming curves.

**Parking Collision Avoidance Assist (PCA-R):** Using the rear view camera and rear sensors, this feature can help detect most pedestrians or other nearby obstacles as the vehicle backs out of a parking spot, and warns drivers audibly, as well as engages the brakes, to avoid a possible collision.

**Surround View Monitor (SVM):** Uses four cameras to provide a 360-degree view of your surroundings to help you navigate out of tight parking situations.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

## Different Lane Keeping Assist Alert Modes

- **Active Lane Keeping Assist**: In this setting, LKA will provide frequent feedback to help correct steering and prevent lane drift.
- **Standard Lane Keeping Assist**: Standard mode only kicks in when you are about to depart from a lane without using your turning signal.
- **Lane Departure Warning**: When the system detects that you're about to leave your lane in this mode, it will use haptic, visual, and audio cues to alert you.
- **Off**: You can turn the Kia Lane Keeping Assist system off anytime you like.



## Which Models Have Kia Lane Keeping Assist?

Boynton Beach drivers will find this feature on a number of trims available for certain 2021 Kia models, including the Telluride, K5, Seltos, Forte, Stinger, and Sportage.

Source: https://www.kiadelray.com/manufacturer-information/kia-lane-keeping-assist/, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:00, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:27, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:31, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:50, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=gebt_PkTyfA, at 4:31, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 0:35, last accessed on January 6, 2023

| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group.<br><br>For example, Kia Forte LXS comprises sensors including, but not limited to, camera, radar sensor, steering sensor, braking sensor, and speed sensor such that each sensor can be seen as the part of sensor groups. As an example, the steering sensor, braking sensor and speed sensor may belong to the first sensor group. The camera and radar may belong to the second sensor group.<br><br>For example, each sensor has an associated software module (referred to as classifier) which is configured to activate, operate and, manage the sensor in the vehicle. The software module associated with each sensor group monitors the environment via sensors to capture and process data and controls the vehicle. For example, the first software module (that is assigned to the steering, braking and speed sensors) determines vehicle's movement including speed, and/or direction of movement and the second software module (that is assigned to the camera and radar) determines the vehicle's movement including position of the vehicle related to the objects in surrounding.  The below information primarily refers to a Kia GT Manual and is applicable to the Kia Forte LXS. |

**Kia Drive Wise Driver Assist Technology**

Auto Emergency Braking Technology

Lane Following Assist

Lane Keeping Assist

Driver Attention Warning

Rear Occupant Alert

Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023

The "Kia Drive Wise" suite of advanced driving features includes technologies that help create a safer driving experience in a variety of everyday situations. These Advanced Driver Assistance Systems come to the aid of drivers whether they are backing out of a tight parking spot and need an extra set of "eyes" in the back or need a clearer view of that pesky blind spot to avoid a potential collision.

Read on to find out more about what each of these safety features does to protect the driver and all passengers. Every Kia vehicle, depending on model and trim level, will come with a variety of these safety features, but it helps to know what each one does to determine if you would like that extra level of protection for your Kia vehicle.

**Forward Collision-Avoidance Assist (FCA):** Uses automatic braking to avoid or lessen the effects of a collision if a pedestrian or vehicle is detected in front.

**Blind-Spot Avoidance Assist (BCA):** When a vehicle is detected in the blind spot, the BCA brakes the outer wheel under certain conditions to help it return to its lane.

**Rear Cross-Traffic Collision Avoidance Assist (RCCA):** When in reverse, detects most approaching cross traffic and can alert the driver and apply the brakes.

**Parking Distance Warning-Reverse (PDW-R):** Issues an audible alert when an object is detected behind the vehicle with increased chiming as the vehicle gets closer to the object.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

**Lane Keeping Assist System (LKAS) with Lane Following Assist (LFA):**  Gives steering inputs that help the driver keep the vehicle in the center of the lane and includes another feature, **Lane Departure Warning (LDW)**, that gives an audible alert if the vehicle drifts from this lane.

**High Beam Assist (HBA):**  Automatically switches off the high-beam lights when oncoming traffic is detected, then turns them back on once the traffic has passed.

**Driver Attention Warning (DAW):** Alerts the driver with an audible/visual warning when inattentive driving patterns are sensed.

**Blind-Spot View Monitor (BVM):**  When the turn signal is activated, get a live video view in the instrument cluster of adjacent lanes.

**Forward Collision-Avoidance Assist-Cyclist (FCA-Cyclist):**  Helps detect cyclists in front of the vehicle and when necessary, uses automatic braking to avoid or lessen the severity of a collision.

**Highway Driving Assist (HDA):**  Using federal highway speed limit information from the navigation system, this feature can adjust to meet the speed limit accordingly while also keeping a safe distance from the vehicle detected in front.

**Navigation Based Smart Cruise Control-Curve (NSCC-C):**  Uses the navigation system to lower the vehicle's speed proactively before upcoming curves.

**Parking Collision Avoidance Assist (PCA-R):**  Using the rear view camera and rear sensors, this feature can help detect most pedestrians or other nearby obstacles as the vehicle backs out of a parking spot, and warns drivers audibly, as well as engages the brakes, to avoid a possible collision.

**Surround View Monitor (SVM):** Uses four cameras to provide a 360-degree view of your surroundings to help you navigate out of tight parking situations.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

# Different Lane Keeping Assist Alert Modes

- **Active Lane Keeping Assist**: In this setting, LKA will provide frequent feedback to help correct steering and prevent lane drift.
- **Standard Lane Keeping Assist**: Standard mode only kicks in when you are about to depart from a lane without using your turning signal.
- **Lane Departure Warning**: When the system detects that you're about to leave your lane in this mode, it will use haptic, visual, and audio cues to alert you.
- **Off**: You can turn the Kia Lane Keeping Assist system off anytime you like.



## Which Models Have Kia Lane Keeping Assist?

Boynton Beach drivers will find this feature on a number of trims available for certain 2021 Kia models, including the Telluride, K5, Seltos, Forte, Stinger, and Sportage.

Source: https://www.kiadelray.com/manufacturer-information/kia-lane-keeping-assist/, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:00, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:50, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 0:35, last accessed on January 6, 2023

| [1.3] wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group | Defendant provides a mobile device wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>For example, Kia Forte LXS comprises sensors including, but not limited to, camera, radar sensor, steering sensor, braking sensor, and speed sensor such that each sensor can be seen as the part of sensor groups. As an example, the steering sensor, braking sensor and speed sensor may belong to the first sensor group. The camera and radar may belong to the second sensor group. The software module associated with each sensor group monitors the environment to capture and process images and control the vehicle.<br><br>For example, the first software module (that is assigned to the steering, braking and speed sensors) determines vehicle's movement ("context") including speed, and/or direction of movement based on the sensed data ("signals") received from the steering, braking and speed sensors. The second software module (that is assigned to the camera and radar) determines the vehicle's movement ("context") including position of the vehicle related to the objects in surrounding based on the sensed data ("signals") from the camera and/or radar.  The below information primarily refers to a Kia GT Manual and is applicable to the Kia Forte LXS. |

| | |
|---|---|
| as the classifier; | **Kia Drive Wise Driver Assist Technology**<br><br>Auto Emergency Braking Technology<br><br>Lane Following Assist<br><br>Lane Keeping Assist<br><br>Driver Attention Warning<br><br>Rear Occupant Alert<br><br>Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023<br><br>The "Kia Drive Wise" suite of advanced driving features includes technologies that help create a safer driving experience in a variety of everyday situations. These Advanced Driver Assistance Systems come to the aid of drivers whether they are backing out of a tight parking spot and need an extra set of "eyes" in the back or need a clearer view of that pesky blind spot to avoid a potential collision.<br><br>Read on to find out more about what each of these safety features does to protect the driver and all passengers. Every Kia vehicle, depending on model and trim level, will come with a variety of these safety features, but it helps to know what each one does to determine if you would like that extra level of protection for your Kia vehicle.<br><br>**Forward Collision-Avoidance Assist (FCA):** Uses automatic braking to avoid or lessen the effects of a collision if a pedestrian or vehicle is detected in front.<br><br>**Blind-Spot Avoidance Assist (BCA):** When a vehicle is detected in the blind spot, the BCA brakes the outer wheel under certain conditions to help it return to its lane.<br><br>**Rear Cross-Traffic Collision Avoidance Assist (RCCA):** When in reverse, detects most approaching cross traffic and can alert the driver and apply the brakes.<br><br>**Parking Distance Warning-Reverse (PDW-R):** Issues an audible alert when an object is detected behind the vehicle with increased chiming as the vehicle gets closer to the object.<br><br>Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023 |

**Lane Keeping Assist System (LKAS) with Lane Following Assist (LFA):**  Gives steering inputs that help the driver keep the vehicle in the center of the lane and includes another feature, **Lane Departure Warning (LDW)**, that gives an audible alert if the vehicle drifts from this lane.

**High Beam Assist (HBA):**  Automatically switches off the high-beam lights when oncoming traffic is detected, then turns them back on once the traffic has passed.

**Driver Attention Warning (DAW):** Alerts the driver with an audible/visual warning when inattentive driving patterns are sensed.

**Blind-Spot View Monitor (BVM):**  When the turn signal is activated, get a live video view in the instrument cluster of adjacent lanes.

**Forward Collision-Avoidance Assist-Cyclist (FCA-Cyclist):**  Helps detect cyclists in front of the vehicle and when necessary, uses automatic braking to avoid or lessen the severity of a collision.

**Highway Driving Assist (HDA):**  Using federal highway speed limit information from the navigation system, this feature can adjust to meet the speed limit accordingly while also keeping a safe distance from the vehicle detected in front.

**Navigation Based Smart Cruise Control-Curve (NSCC-C):**  Uses the navigation system to lower the vehicle's speed proactively before upcoming curves.

**Parking Collision Avoidance Assist (PCA-R):**  Using the rear view camera and rear sensors, this feature can help detect most pedestrians or other nearby obstacles as the vehicle backs out of a parking spot, and warns drivers audibly, as well as engages the brakes, to avoid a possible collision.

**Surround View Monitor (SVM):** Uses four cameras to provide a 360-degree view of your surroundings to help you navigate out of tight parking situations.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

# Different Lane Keeping Assist Alert Modes

- **Active Lane Keeping Assist**: In this setting, LKA will provide frequent feedback to help correct steering and prevent lane drift.
- **Standard Lane Keeping Assist**: Standard mode only kicks in when you are about to depart from a lane without using your turning signal.
- **Lane Departure Warning**: When the system detects that you're about to leave your lane in this mode, it will use haptic, visual, and audio cues to alert you.
- **Off**: You can turn the Kia Lane Keeping Assist system off anytime you like.

## Which Models Have Kia Lane Keeping Assist?

Boynton Beach drivers will find this feature on a number of trims available for certain 2021 Kia models, including the Telluride, K5, Seltos, Forte, Stinger, and Sportage.



Source: https://www.kiadelray.com/manufacturer-information/kia-lane-keeping-assist/, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:00, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:27, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:31, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:50, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 0:35, last accessed on January 6, 2023

| [1.4] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device.<br><br>For example, the first software module ("a classifier assigned to a first sensor group") for the first sensor group comprising steering, braking, and/or speed sensors is activated ("activate a classification") to measure speed, applied brakes, and/or direction of movement of the vehicle ("context of the mobile device").  The below information primarily refers to a Kia GT Manual and is applicable to the Kia Forte LXS. |

| of the mobile device; | **Kia Drive Wise Driver Assist Technology**

Auto Emergency Braking Technology

Lane Following Assist

Lane Keeping Assist

Driver Attention Warning

Rear Occupant Alert |

Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023

The "Kia Drive Wise" suite of advanced driving features includes technologies that help create a safer driving experience in a variety of everyday situations. These Advanced Driver Assistance Systems come to the aid of drivers whether they are backing out of a tight parking spot and need an extra set of "eyes" in the back or need a clearer view of that pesky blind spot to avoid a potential collision.

Read on to find out more about what each of these safety features does to protect the driver and all passengers. Every Kia vehicle, depending on model and trim level, will come with a variety of these safety features, but it helps to know what each one does to determine if you would like that extra level of protection for your Kia vehicle.

**Forward Collision-Avoidance Assist (FCA):** Uses automatic braking to avoid or lessen the effects of a collision if a pedestrian or vehicle is detected in front.

**Blind-Spot Avoidance Assist (BCA):** When a vehicle is detected in the blind spot, the BCA brakes the outer wheel under certain conditions to help it return to its lane.

**Rear Cross-Traffic Collision Avoidance Assist (RCCA):** When in reverse, detects most approaching cross traffic and can alert the driver and apply the brakes.

**Parking Distance Warning-Reverse (PDW-R):** Issues an audible alert when an object is detected behind the vehicle with increased chiming as the vehicle gets closer to the object.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

**Lane Keeping Assist System (LKAS) with Lane Following Assist (LFA):** Gives steering inputs that help the driver keep the vehicle in the center of the lane and includes another feature, **Lane Departure Warning (LDW)**, that gives an audible alert if the vehicle drifts from this lane.

**High Beam Assist (HBA):** Automatically switches off the high-beam lights when oncoming traffic is detected, then turns them back on once the traffic has passed.

**Driver Attention Warning (DAW):** Alerts the driver with an audible/visual warning when inattentive driving patterns are sensed.

**Blind-Spot View Monitor (BVM):** When the turn signal is activated, get a live video view in the instrument cluster of adjacent lanes.

**Forward Collision-Avoidance Assist-Cyclist (FCA-Cyclist):** Helps detect cyclists in front of the vehicle and when necessary, uses automatic braking to avoid or lessen the severity of a collision.

**Highway Driving Assist (HDA):** Using federal highway speed limit information from the navigation system, this feature can adjust to meet the speed limit accordingly while also keeping a safe distance from the vehicle detected in front.

**Navigation Based Smart Cruise Control-Curve (NSCC-C):** Uses the navigation system to lower the vehicle's speed proactively before upcoming curves.

**Parking Collision Avoidance Assist (PCA-R):** Using the rear view camera and rear sensors, this feature can help detect most pedestrians or other nearby obstacles as the vehicle backs out of a parking spot, and warns drivers audibly, as well as engages the brakes, to avoid a possible collision.

**Surround View Monitor (SVM):** Uses four cameras to provide a 360-degree view of your surroundings to help you navigate out of tight parking situations.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

## Different Lane Keeping Assist Alert Modes

- **Active Lane Keeping Assist**: In this setting, LKA will provide frequent feedback to help correct steering and prevent lane drift.
- **Standard Lane Keeping Assist**: Standard mode only kicks in when you are about to depart from a lane without using your turning signal.
- **Lane Departure Warning**: When the system detects that you're about to leave your lane in this mode, it will use haptic, visual, and audio cues to alert you.
- **Off**: You can turn the Kia Lane Keeping Assist system off anytime you like.

## Which Models Have Kia Lane Keeping Assist?

Boynton Beach drivers will find this feature on a number of trims available for certain 2021 Kia models, including the Telluride, K5, Seltos, Forte, Stinger, and Sportage.



Source: https://www.kiadelray.com/manufacturer-information/kia-lane-keeping-assist/, page 298, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:00, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:27, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:31, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 0:35, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:50, last accessed on January 6, 2023

| [1.5] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>For example, the second software module ("a classifier assigned to a second sensor group") for the second sensor group comprising camera and radar is activated ("activate a classification") to determine vehicle's movement ("context of the mobile device") including distance of the surrounding objects and determining the position of the vehicle relative to the surrounding objects. The second software module is activated after the first software module ("the classifier assigned to the first sensor group") for the first sensor group comprising the steering, braking, and/or speed sensor is activated ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the camera and radar are activated after the vehicle is detected to be moving based on the output from steering, braking, and/or speed sensors. The below information primarily refers to a Kia GT Manual and is applicable to the Kia Forte LXS. |

| assigned to the first sensor group; and | **Kia Drive Wise Driver Assist Technology**<br><br>Auto Emergency Braking Technology<br><br>Lane Following Assist<br><br>Lane Keeping Assist<br><br>Driver Attention Warning<br><br>Rear Occupant Alert<br><br>Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023<br><br>The "Kia Drive Wise" suite of advanced driving features includes technologies that help create a safer driving experience in a variety of everyday situations. These Advanced Driver Assistance Systems come to the aid of drivers whether they are backing out of a tight parking spot and need an extra set of "eyes" in the back or need a clearer view of that pesky blind spot to avoid a potential collision.<br><br>Read on to find out more about what each of these safety features does to protect the driver and all passengers. Every Kia vehicle, depending on model and trim level, will come with a variety of these safety features, but it helps to know what each one does to determine if you would like that extra level of protection for your Kia vehicle.<br><br>**Forward Collision-Avoidance Assist (FCA):** Uses automatic braking to avoid or lessen the effects of a collision if a pedestrian or vehicle is detected in front.<br><br>**Blind-Spot Avoidance Assist (BCA):** When a vehicle is detected in the blind spot, the BCA brakes the outer wheel under certain conditions to help it return to its lane.<br><br>**Rear Cross-Traffic Collision Avoidance Assist (RCCA):** When in reverse, detects most approaching cross traffic and can alert the driver and apply the brakes.<br><br>**Parking Distance Warning-Reverse (PDW-R):** Issues an audible alert when an object is detected behind the vehicle with increased chiming as the vehicle gets closer to the object.<br><br>Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023 |

**Lane Keeping Assist System (LKAS) with Lane Following Assist (LFA):**  Gives steering inputs that help the driver keep the vehicle in the center of the lane and includes another feature, **Lane Departure Warning (LDW)**, that gives an audible alert if the vehicle drifts from this lane.

**High Beam Assist (HBA):**  Automatically switches off the high-beam lights when oncoming traffic is detected, then turns them back on once the traffic has passed.

**Driver Attention Warning (DAW):** Alerts the driver with an audible/visual warning when inattentive driving patterns are sensed.

**Blind-Spot View Monitor (BVM):**  When the turn signal is activated, get a live video view in the instrument cluster of adjacent lanes.

**Forward Collision-Avoidance Assist-Cyclist (FCA-Cyclist):**  Helps detect cyclists in front of the vehicle and when necessary, uses automatic braking to avoid or lessen the severity of a collision.

**Highway Driving Assist (HDA):**  Using federal highway speed limit information from the navigation system, this feature can adjust to meet the speed limit accordingly while also keeping a safe distance from the vehicle detected in front.

**Navigation Based Smart Cruise Control-Curve (NSCC-C):**  Uses the navigation system to lower the vehicle's speed proactively before upcoming curves.

**Parking Collision Avoidance Assist (PCA-R):**  Using the rear view camera and rear sensors, this feature can help detect most pedestrians or other nearby obstacles as the vehicle backs out of a parking spot, and warns drivers audibly, as well as engages the brakes, to avoid a possible collision.

**Surround View Monitor (SVM):** Uses four cameras to provide a 360-degree view of your surroundings to help you navigate out of tight parking situations.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

## Different Lane Keeping Assist Alert Modes

- **Active Lane Keeping Assist**: In this setting, LKA will provide frequent feedback to help correct steering and prevent lane drift.
- **Standard Lane Keeping Assist**: Standard mode only kicks in when you are about to depart from a lane without using your turning signal.
- **Lane Departure Warning**: When the system detects that you're about to leave your lane in this mode, it will use haptic, visual, and audio cues to alert you.
- **Off**: You can turn the Kia Lane Keeping Assist system off anytime you like.

## Which Models Have Kia Lane Keeping Assist?

Boynton Beach drivers will find this feature on a number of trims available for certain 2021 Kia models, including the Telluride, K5, Seltos, Forte, Stinger, and Sportage.



Source: https://www.kiadelray.com/manufacturer-information/kia-lane-keeping-assist/, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:00, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:27, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:31, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 0:35, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:50, last accessed on January 6, 2023

| [1.6] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to | Defendant provides a mobile device configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.

For example, the first sensor group comprising steering, braking, and/or speed sensors is utilized to obtain information related to the steering, applied automated brakes, and the speed of the vehicle after the second sensor group comprising the camera and/or radar is utilized to obtain information related to surrounding objects. During this process, the first software module ("classifier assigned to the first sensor group") associated with steering, braking and/or speed sensors is operated in accordance with the output obtained by the second software module ("classifier assigned to the second sensor group") associated with the camera and/or radar. Since the operation (including activating and measuring vehicle data) of the first sensor module depends on the output of the second sensor module, it is apparent that the first sensor module adapts its configuration based on the result of the second sensor module.

For example, in Drive Wise Driver Assist Technology, when the camera processes an image of the surrounding object and the radar detects and calculates the distance of the object from the vehicle, the steering sensor, braking sensor, and/or speed sensor are accordingly operated to detect the steering, braking and speed of the vehicle in order to avoid a collision or appropriate |

| the second sensor group. | assist the vehicle in keeping/changing a lane.  The below information primarily refers to a Kia GT Manual and is applicable to the Kia Forte LXS.<br><br>**Kia Drive Wise Driver Assist Technology**<br><br>Auto Emergency Braking Technology<br><br>Lane Following Assist<br><br>Lane Keeping Assist<br><br>Driver Attention Warning<br><br>Rear Occupant Alert<br>Source: https://www.kia.com/us/en/forte/specs, last accessed on January 6, 2023 |

The "Kia Drive Wise" suite of advanced driving features includes technologies that help create a safer driving experience in a variety of everyday situations. These Advanced Driver Assistance Systems come to the aid of drivers whether they are backing out of a tight parking spot and need an extra set of "eyes" in the back or need a clearer view of that pesky blind spot to avoid a potential collision.

Read on to find out more about what each of these safety features does to protect the driver and all passengers. Every Kia vehicle, depending on model and trim level, will come with a variety of these safety features, but it helps to know what each one does to determine if you would like that extra level of protection for your Kia vehicle.

**Forward Collision-Avoidance Assist (FCA):** Uses automatic braking to avoid or lessen the effects of a collision if a pedestrian or vehicle is detected in front.

**Blind-Spot Avoidance Assist (BCA):** When a vehicle is detected in the blind spot, the BCA brakes the outer wheel under certain conditions to help it return to its lane.

**Rear Cross-Traffic Collision Avoidance Assist (RCCA):** When in reverse, detects most approaching cross traffic and can alert the driver and apply the brakes.

**Parking Distance Warning-Reverse (PDW-R):** Issues an audible alert when an object is detected behind the vehicle with increased chiming as the vehicle gets closer to the object.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

**Lane Keeping Assist System (LKAS) with Lane Following Assist (LFA):** Gives steering inputs that help the driver keep the vehicle in the center of the lane and includes another feature, **Lane Departure Warning (LDW)**, that gives an audible alert if the vehicle drifts from this lane.

**High Beam Assist (HBA):** Automatically switches off the high-beam lights when oncoming traffic is detected, then turns them back on once the traffic has passed.

**Driver Attention Warning (DAW):** Alerts the driver with an audible/visual warning when inattentive driving patterns are sensed.

**Blind-Spot View Monitor (BVM):** When the turn signal is activated, get a live video view in the instrument cluster of adjacent lanes.

**Forward Collision-Avoidance Assist-Cyclist (FCA-Cyclist):** Helps detect cyclists in front of the vehicle and when necessary, uses automatic braking to avoid or lessen the severity of a collision.

**Highway Driving Assist (HDA):** Using federal highway speed limit information from the navigation system, this feature can adjust to meet the speed limit accordingly while also keeping a safe distance from the vehicle detected in front.

**Navigation Based Smart Cruise Control-Curve (NSCC-C):** Uses the navigation system to lower the vehicle's speed proactively before upcoming curves.

**Parking Collision Avoidance Assist (PCA-R):** Using the rear view camera and rear sensors, this feature can help detect most pedestrians or other nearby obstacles as the vehicle backs out of a parking spot, and warns drivers audibly, as well as engages the brakes, to avoid a possible collision.

**Surround View Monitor (SVM):** Uses four cameras to provide a 360-degree view of your surroundings to help you navigate out of tight parking situations.

Source: https://www.kiaworldcar.com/wc-kia-drive-wise-adas/, last accessed on January 6, 2023

# Different Lane Keeping Assist Alert Modes

- **Active Lane Keeping Assist**: In this setting, LKA will provide frequent feedback to help correct steering and prevent lane drift.
- **Standard Lane Keeping Assist**: Standard mode only kicks in when you are about to depart from a lane without using your turning signal.
- **Lane Departure Warning**: When the system detects that you're about to leave your lane in this mode, it will use haptic, visual, and audio cues to alert you.
- **Off**: You can turn the Kia Lane Keeping Assist system off anytime you like.



# Which Models Have Kia Lane Keeping Assist?

Boynton Beach drivers will find this feature on a number of trims available for certain 2021 Kia models, including the Telluride, K5, Seltos, Forte, Stinger, and Sportage.

Source: https://www.kiadelray.com/manufacturer-information/kia-lane-keeping-assist/, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:00, last accessed on January 6, 2023

Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:27, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:31, last accessed on January 6, 2023



Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 0:35, last accessed on January 6, 2023

Source: https://www.youtube.com/watch?v=1HoDvm1-QeY, at 1:50, last accessed on January 6, 2023